Laura Barson
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, AK 99501
Phone: (907) 276-3222
Facsimile: (907) 278-9498
lbarson@northlaw.com

*Attorneys for Defendants*

**Lynch & Associates, P.C.**
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA FAIRBANKS

LEWIS M. BRATCHER III,

Plaintiff,

vs.

LIBERTY NORTHWEST and
OHIO CASUALTY INSURANCE CO.

Defendant.

Case No. ______________________________

**NOTICE OF REMOVAL OF ACTION IN ACCORDANCE WITH 28 U.S.C. § 1441 BASED ON DIVERSITY**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the defendant Ohio Casualty Insurance Company hereby removes to this court the state court action described in Paragraph 1 below.

1. On or about October 11, 2011, an action was commenced in the Superior Court of the State of Alaska, Fourth Judicial District at Fairbanks entitled: *Lewis M. Bratcher III v. Liberty Northwest,* bearing case number 4FA-11-02735 CI.

2. The complaint alleges that plaintiff was injured in a motor vehicle collision occurring on or about October 12, 2008, that plaintiff's injuries exceeded insurance limits of

the at-fault driver, and that plaintiff maintained underinsured motorist benefits through defendant Ohio Casualty Insurance Company.

3. Defendant Ohio Casualty Insurance Company was served with the Summons and Complaint on or about August 30, 2013.

4. Plaintiff is a resident of the State of Alaska.

5. Defendant Ohio Casualty Insurance Company is a legal entity incorporated in the state of New Hampshire and in accordance with the laws thereof.

6. Defendant Ohio Casualty Insurance Company is a legal entity having its principal place of business in Boston, Massachusetts.

7. The amount of compensatory damages that the plaintiff seeks for past and future (a) pain and suffering, (b) mental anguish, (c) medical expenses, (d) disfigurement, (e) physical impairment, (f) lost wages (g) inconvenience, (h) lost time, (i) impairment of earning capacity, (j) loss of enjoyment of life, (k) diminished ability to enjoy other physical pursuits, and (k) non-economic losses are not quantified in the complaint.

8. AS 22.15.030(a)(1) sets a jurisdictional limit of $100,000 exclusive of costs, interest and attorney fees for civil actions to recover money or damages filed in Alaska State District Court.

9. AS 22.10.020(a) requires that "an action that falls within the concurrent jurisdiction of the superior court and the district court may not be filed in the superior court, except as provided by rules of the supreme court."

10. Alaska Administrative Rule 45(a) states: "**Mandatory Filing.** A civil action that falls within the concurrent jurisdiction of the superior court and the district court shall be

**Lynch & Associates, P.C.**
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

filed in the district court (except for a petition for injunctive relief under AS 25.35.010 or 25.35.020)."

11. By filing in the superior court, plaintiff has confirmed that his claim is for a minimum of $100,000 exclusive of interest, costs and attorney fees.

12. Complete diversity of citizenship exists between the plaintiff and the defendants.

13. Pursuant to 28 U.S.C. §1332, this is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

14. This court has original jurisdiction pursuant to 28 U.S.C. §1332(a)(1).

15. As a result, this action is one which may be removed to this court pursuant to the provisions of 28 U.S.C. §1441(a) and (b).

16. Defendants attach copies of all state court documents which have been filed in this action as follows:

A. Case Description – Superior Court;

B. Complaint;

C. Summons (Liberty Northwest);

D. Notice of Dismissal for Failure to Serve Defendant;

E. Opposition to Proposed Dismissal;

F. Order Regarding Administrative Dismissal;

G. Amended Complaint

H. Supplemental Summons and Notice to Both Parties of Judicial Assignment;

**Lynch & Associates, P.C.**
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

I. Order of Dismissal For Failure to Serve Defendant (vacated);

J. Limited Entry of Appearance;

K. Motion for Dismissal of Action with Prejudice;

L. Motion for Extension (Re Opposition to Defendants' Motion to Dismiss);

M. Non-Opposition to Plaintiff's Motion for Extension Re Opposition to Defendants' Motion to Dismiss;

N. Supplemental Summons and Notice to Both Parties of Judicial Assignment (Liberty Northwest);

O. Supplemental Summons and Notice to Both Parties of Judicial Assignment (Ohio Casualty);

P. Opposition Memorandum re Motion to Dismiss;

Q. Defendants' Reply Re: Motion for Dismissal of Action with Prejudice;

R. Order for Extension (Re Opposition to Defendants' Motion to Dismiss);

S. Proof of Service (Liberty Northwest);

T. Proof of Service (Ohio Casualty);

U. Order Regarding Motion to Dismiss;

V. Answer to Amended Complaint (Ohio Casualty);

W. Entry of Appearance (Ohio Casualty); and

X. Demand for Jury Trial (Ohio Casualty).

**Lynch & Associates, P.C.**
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

17. This notice of removal is timely because it is brought within thirty (30) days of the service of plaintiffs' complaint on defendants.

18. A notice of the filing of this Notice of Removal will be filed with the Superior Court of the State of Alaska, Fourth Judicial District at Fairbanks and served upon plaintiff.

THEREFORE, the defendant Ohio Casualty Insurance Company, hereby remove to this court the action filed in the Superior Court of the State of Alaska, Fourth Judicial District at Fairbanks entitled *Lewis M. Bratcher III v. Liberty Northwest & Ohio Casualty Insurance Company*, bearing case number 4FA-11-02735 CI.

RESPECTFULLY submitted at Anchorage, Alaska this 30th day of September, 2013.

LYNCH & ASSOCIATES, P.C.
Attorneys for Defendant

By: [signature]
Laura Barson
LYNCH & ASSOCIATES, P.C.
425 G Street, Suite 420
Anchorage, AK 99501
(907) 276-3222
(907) 278-9498
lbarson@northlaw.com
Alaska Bar No. 0911049

Certificate of Service

I hereby certify that on the 30th day of September, 2013, I caused a true and correct copy of the foregoing to be served via U.S. Mail:

Gail M. Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Fax: (907) 456-5049

[signature]
Lynch & Associates, P.C.

Lynch & Associates, P.C.
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498