*In the Trial Courts*
*of Alaska, Fourth District*

OCT 1 1 20[  ]

Deputy

Case Number: 4M-11-02735 CI

Check the box that best describes the case. Mark **one** box only. If the caption is "In the Matter of", do <u>not</u> select Civil – Superior Court case. Use either Superior Court Miscellaneous Petition or appropriate Domestic Relations case type. For district court cases, use form CIV-125D.

*Bratcher v. Liberty Northwest*

## CIVIL -- SUPERIOR COURT

### CONTRACT

Contract cases involving real property should be reported under the real property category.
- ☐ Debt Collection (CISDEB)
- ☐ Claim Against Seller of Goods/Services (CISCLAIM)
- ☐ Employment Dispute (CISEMP)
- ☑ Other Contract (CISOCT)

### TORT
- ☐ Intentional Tort (e.g. assault, battery, vandalism) (CISIT)
- ☐ Slander/Libel/Defamation (CISSLD)
- ☐ Product Liability (CISPL)
- ☐ Wrongful Death (CISPID)
Automobile Negligence:
- ☐ Personal Injury Only (CISPIA)
- ☐ Property Damage Only (CISPDA)
- ☐ Both (CISIDA)
Other Negligence:
- ☐ Personal Injury Only (CISPIO)
- ☐ Property Damage Only (CISPDO)
- ☐ Both (CISIDO)

### MALPRACTICE
- ☐ Legal Malpractice (CISLMP)
- ☐ Medical Malpractice (CISMMP)
- ☐ Other Malpractice (CISOMP)

### REAL PROPERTY
- ☐ Quiet Title (CISQIT)
- ☐ Foreclosure (CISFOR)
- ☐ Condemnation (CISCNDM)
- ☐ Real Property Action (CISREM)

### OTHER CIVIL
- ☐ Arbitration Proceeding (CISAP)
- ☐ Confession of Judgment (CISCCONF)
- ☐ Unfair Trade Practice (CISUTP)—incl. injunc. relief
- ☐ Consumer Protection (CISCP)—incl. injunc. relief (Clerk: Use form CIV-128 for CISUTP and CISCP.)
- ☐ Declaratory Judgment/Injunc. Relief (CISINJ)
- ☐ OSC Request – Admin Agency (CIOSC)
- ☐ Action to Enforce Administrative Agency Order (Incl Subpoena) (CIBW)
- ☑ Writ of Habeas Corpus (CIWHC)
- ☐ Election Contest or Recount Appeal (CISELE)
- ☐ Enforcement of Arbitration Order or Subpoena AS 09.43.070 (CIARB)
- ☐ Other Civil Complaint (CISOCI). Describe:
_____
_____

## FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT
- ☐ Eviction – F.E.D. (CISFED)

## FOREIGN JUDGMENT – SUPERIOR COURT
- ☐ Registration of Foreign Judgment (CISFOJ)
  *Do not use for foreign support/custody order.*
  *See Domestic Relations category.*

## POST-CONVICTION RELIEF TO SUPERIOR COURT
- ☐ Post-Conviction Relief (CISPCR)

## DOMESTIC RELATIONS

### DIVORCE WITHOUT CHILDREN
- ☐ Divorce Without Children (CISDIV)
- ☐ Uncontested Divorce Without Children – Superior Court (CISUDIV)

### DIVORCE OR CUSTODY WITH CHILDREN
- ☐ Petition for Custody (CISCUS)
- ☐ Uncontested Complaint for Custody (CISUCUS)
- ☐ Divorce With Children (CISDVC)
- ☐ Uncontested Divorce With Children (CISUDVC)

### LEGAL SEPARATION
- ☐ Legal Separation With Children (CICLS)
- ☐ Legal Separation Without Children (CISLS)

### DOMESTIC RELATIONS OTHER
- ☐ Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)
- ☐ Action to Modify or Enforce Administrative Child Support Order (CIPCS)
- ☐ Petition for Order re: PFD or Native Dividend (CIPND)
- ☐ Establishment of Paternity (CISPAT)
- ☐ Disestablishment of Paternity (CIDPAT)
- ☐ Foreign Custody Order – Registration, Modification or Enforcement under AS 25.30 (DR483)
- ☐ Foreign Support Order – Registration, Modification or Enforcement under AS 25.25 (CIUIFSA)
- ☐ <u>Both</u> Foreign Custody and Support Order – Registration, Modification or Enforcement under AS 25.30 and AS 25.25 (CIFCS)
- ☐ Foreign Domestic Relations Order (Not Custody or Support) – Registration, Modification or Enforcement (CIDRFJ)
- ☐ Petition for Annulment (CIANNUL)
- ☐ Petition for Visitation (CIVIS)

Case 4:13-cv-00002-SLG   Document 1-2   Filed 09/30/13   Page 1 of 74

<u>**SUPERIOR COURT MISCELLANEOUS PETITION**</u>
☐ Entry & Inspection Warrant – AS18.60.083
  (CISWRNT)
☐ Appointment of Trustee Counsel (CISTC)
☐ Structured Settlement – AS09.60.200 (CISSS)
☐ Minor Settlement – Civil Petition (CISPET)*
☐ Other Superior Court Petition (CISPET)
  Describe: _____

* Minor settlement petitions may also be filed as a
probate case (PRMS). Do not use this form when filing
a probate case.

**APPEAL & REVIEW MATTERS
IN THE SUPERIOR COURT**

<u>**ADMINISTRATIVE AGENCY APPEAL**</u>
☐ DMV Appeal  (CIADDMV)
☐ Administrative Agency Appeal (CIADR)
☐ Employment Security Appeal (CIADRESA)

<u>**APPEAL FROM DISTRICT COURT**</u>
☐ Civil or Small Claims Appeal (CIACI)
☐ Criminal Merit Appeal (CIACRM)
☐ Criminal Sentence Appeal (CIACRS)
☐ Minor Offense Appeal  (CIAMO)

<u>**PETITION FOR REVIEW OR RELIEF**</u>
☐ Petition for Review from Admin. Agency (CIPRA)
☐ Petition for Review from District Court (CIPRD)
☐ Petition for Review from Admin. Agency –
  AS 44.62.305 (CIPRLF)
☐ CSSD License Review Action (CICSED)

Case 4:13-cv-00032-RRB   Document 1-2   Filed 09/30/13   Page 2 of 74

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

LEWIS M. BRATCHER III,           )
                                 )
        Plaintiff,               )
                                 )
    v.                           )
                                 )
LIBERTY NORTHWEST,               )
                                 )
        Defendant.               )
                                 )
_____)

FILED in the Trial Courts
State of Alaska, Fourth District

By

OCT 11 2011

Deputy

Case no. 4FA-11-02735 CI

---

## COMPLAINT

---

For his complaint against the defendant, plaintiff Lewis Bratcher, through his counsel, states as follows:

1. On October 12, 2008, Lewis was injured in a high-speed, two-car crash.

2. The other driver was at fault.

3. The at-fault driver did not have enough insurance to cover all of Lewis's damages.

4. At the time of the accident, Lewis had $1 million in underinsured motorist benefits and various other insurance coverages under a policy issued by defendant Liberty Northwest to Donnybrook Building Supply, Inc.

5. Lewis has an active claim pending with Liberty Northwest for underinsured motorist benefits  (claim # 08-080520).   The amount of Lewis's claim exceeds the jurisdiction of the district court and is within the jurisdiction of the superior court.

6. Liberty Northwest advised Lewis that he must file a lawsuit against Liberty Northwest within three years after the accident to preserve his claim for underinsured motorist benefits.

7. Lewis files this lawsuit to preserve his claim for underinsured motorist benefits.

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049

Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 3 of 74

WHEREFORE, Lewis requests the following relief:

(a) An order staying proceedings in this case indefinitely while he and Liberty Northwest complete the contractual claims-adjustment process and, if necessary, any contractual dispute-resolution process;

(c) Payment of all underinsured motorist benefits and other benefits to which Lewis is entitled;

(c) Reasonable attorney's fees;

(d) Costs;

(e) A money judgment for all amounts to which Lewis is entitled if those amounts are not paid through the contractual claims-adjustment process or, if necessary, the contractual dispute-resolution process; and

(f) All other relief that is appropriate under the circumstances.

Dated this 11 day of October, 2011 at Fairbanks, Alaska.

LAW OFFICE OF GAIL M. BALLOU
Attorney for Lewis Bratcher

By _____

      Gail M. Ballou
      Alaska Bar No. 8211099

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632 Fax: (907) 456-5049



FILED in the Trial Courts
State of Alaska, Fourth District

OCT 1 1 2011

By _____ Deputy

LEWIS M BRATCHER III
EMILY E BRATCHER
PO BOX 60509
FAIRBANKS, AK 99706

1097

89-92/1252

Oct 11 - 2011
DATE

PAY
TO THE
ORDER OF    Sterling Alaska    $ 150.00

One hundred fifty 00/00    DOLLARS

DENALI STATE BANK    Classic Checking

Security
Features
Details on
Back

FOR _____

⑆125200921⑆ 201 0247⑈ 1097    MP

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

Lewis M. Bratcher III )
)
)
Plaintiff(s), )
vs. )
)
Liberty Northwest )
)
Defendant(s). )
_____ )

CASE NO. 4FA- 11 - 02755 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant:___ Liberty Northwest _____

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) Gail M. Ballou , whose address is:_____
748 Gaffney Rd Ste 205 Fairbanks AK 99701 (907) 456-6632
ballou@mosquitonet.com

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge *Mc Conahy* .

10/11/2011
Date

CLERK OF COURT
By M. Wilse
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

Lewis M Bratcher 3rd
                Plaintiff(s),

vs.

Liberty Northwest
                Defendant(s).

CASE NO: 4FA-11-02735CI

**NOTICE OF DISMISSAL**
**FOR FAILURE TO SERVE DEFENDANT**

TO: Plaintiff's Attorney/Plaintiff

Civil Rule 4(f) requires you to file an affidavit indicating the status of service on all defendants within 120 days after filing a complaint. An affidavit for one or more defendants has not been filed and 120 days or more have passed since you filed your complaint. Therefore, it appears that one or more defendants named in your complaint have not been served with a summons and a copy of the complaint.

Pursuant to Civil Rule 4(j), you are required to show good cause in writing why service is not complete. If good cause is not shown within 30 days after the date of distribution of this notice, this action will be dismissed without prejudice as to all defendants not served.

CLERK OF COURT

_____2/13/12_____
Date

By: _CLynch_____
    Deputy Clerk

I certify that on _2/13/12__
a copy of this order was sent to:
    Gail M Ballou

Clerk: ___CLynch___

**FILE COPY**

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

Sh. _____ _____ _____

MAR 1 2 2012

By_____Deputy

| | |
|---|---|
| LEWIS M. BRATCHER III, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LIBERTY NORTHWEST, | ) |
| Defendant. | ) |

Case no. 4FA-11-02735CI

## OPPOSITION TO PROPOSED DISMISSAL

Counsel for the plaintiff objects to dismissal.

This case involves benefits under an underinsured motorist insurance policy. The insurance company, defendant Liberty Mutual, instructed its insured, plaintiff Lewis Bratcher, to file this lawsuit to prevent a statute of limitations from running. The insurance company is working on the plaintiff's underinsured motorist claim, and plaintiff will dismiss this case when the claim is resolved.

Dated this 12ᵗʰ day of _____March_____, 2012 at Fairbanks, Alaska.

LAW OFFICE OF GAIL M. BALLOU
Attorney for Lewis Bratcher

By _____
Gail M. Ballou
Alaska Bar No. 8211099

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRB ANKS

LEWIS M. BRATCHER, III,           )
                                  )
          Plaintiff,              )
                                  )
     v.                           )
                                  )
LIBERTY NORTHWEST,                )
                                  )
          Defendant.              )
_____ )

Case No. 4FA-11-2735CI

### *Order Regarding Administrative Dismissal*

The plaintiff filed an action against the defendant on 11 October 2011, but failed
to serve the defendant within 120 days after filing the complaint. A Notice of Dismissal
for failure to serve the defendant pursuant to Civil Rule 4(f) was distributed on 13
February 2012.

On 12 March 2012 the plaintiff opposed the dismissal. The opposition contends
the defendant instructed the plaintiff to file the claim to in order to preserve the statute of
limitations and that the action will be dismissed when the underlying insurance claim is
resolved.

The gravamen of the dismissal notice was the requirement to serve the defendant.
If the defendant is amenable to the filing of the action, presumably it should be amenable
to accepting service or otherwise appearing in the case. Therefore the notice of dismissal
is stayed for 90 to allow the plaintiff to effect service and file proof of service or for the

defendant to appear in the case. Absent such proof or appearance the action will then be dismissed.

DATED at Fairbanks, Alaska, this 14th of March 2012.

Michael P. McConahy
Superior Court Judge

I certify that a copy of the foregoing was distributed via:
MAIL
( ) U.S. Postal Svc. _____
( ) Other _____
HAND DELIVERY
( ) Courier Svc. _____
( ) Pick up Bin _Ballou_____
( ) Fax _____
( ) Other _____
By: _____ Date: 3-19-12
Clerk

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

LEWIS M. BRATCHER III,  )
          Plaintiff,  )
            )
          v.  )
            )
LIBERTY NORTHWEST and  )
OHIO CASUALTY INSURANCE CO.,  )
            )
          Defendant.  )
            )

Case no. 4FA-11-02735CI

FILED IN THE TRIAL COURTS
State of Alaska, Fourth District

JUN 15 2012

By_____ Deputy

## AMENDED COMPLAINT

For his complaint against the defendants, plaintiff Lewis Bratcher, through his counsel, states as follows:

1. On October 12, 2008, Lewis was injured in a high-speed, two-car crash.

2. The other driver was at fault.

3. The at-fault driver did not have enough insurance to cover all of Lewis's damages.

4. At the time of the accident, Lewis had $1 million in underinsured motorist benefits and various other insurance coverages under a policy issued by defendants Liberty Northwest and Ohio Casualty Insurance Company to Donnybrook Building Supply, Inc.

5. Lewis has an active claim pending with Liberty Northwest/Ohio Casualty for underinsured motorist benefits (claim # 08-080520). The amount of Lewis's claim exceeds the jurisdiction of the district court and is within the jurisdiction of the superior court.

6. Liberty Northwest advised Lewis that he must file a lawsuit within three years after the accident to preserve his claim for underinsured motorist benefits.

7. Lewis filed this lawsuit to preserve his claim for underinsured motorist benefits.

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632    Fax: (907) 456-5049



WHEREFORE, Lewis requests the following relief:

(a)  An order staying proceedings in this case indefinitely while he and Liberty Northwest/Ohio Casualty complete the contractual claims-adjustment process and, if necessary, any contractual dispute-resolution process;

(b)  Payment of all underinsured motorist benefits and other benefits to which Lewis is entitled;

(c)  Reasonable attorney's fees;

(d)  Costs;

(e)  A money judgment for all amounts to which Lewis is entitled if those amounts are not paid through the contractual claims-adjustment process or, if necessary, the contractual dispute-resolution process; and

(f)  All other relief that is appropriate under the circumstances.

Dated this 15th day of June, 2012 at Fairbanks, Alaska.

LAW OFFICE OF GAIL M. BALLOU
Attorney for Lewis Bratcher

By _____
Gail M. Ballou
Alaska Bar No. 8211099

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

LEWIS M BRATCHER III )
)
)
Plaintiff(s), )
vs. )
)
LIBERTY NORTHWEST AND )
OHIO CASUALTY INS. CO. )
)
Defendant(s). )
)
)

CASE NO. 4FA-11-02735CI

*Supplemental* SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: __Ohio Casualty Insurance Company__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) __Gail M. Ballou__, whose address is: __748 Gaffney Rd Ste 205__, __Fairbanks AK 99701    Phone: (907) 456-6632  Email: ballou@__ . mosquitonet.com
If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge __McConahy__ .

_____ __6/15/12__ _____
Date

CLERK OF COURT

By _____
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.



IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

Lewis M Bratcher 3rd,
                    Plaintiff(s),
vs.

Liberty Northwest,
                    Defendant(s).

CASE NO: 4FA-11-02735CI

**ORDER OF DISMISSAL**
**FOR FAILURE TO SERVE DEFENDANT**

TO: Plaintiff's Attorney/Plaintiff

Pursuant to Civil Rule 4(j), this case is dismissed without prejudice as to the defendant(s) named below due to plaintiff's failure to serve the defendant(s) with the summons and complaint or show good cause why service was not completed:

        All defendants listed in the complaint.

If this dismissal resolves all remaining issues in this case, all property and exhibits held by the court and bonds posted in this matter are hereby ordered released. Any of the above items not claimed within 30 days of the date of this order will be disposed of without further notice.

_____6/21/2012_____
Effective Date

_____CLynch_____
Judge/Clerk*

I certify that on ___6/21/12___
a copy of this order was sent to:
    File Copy
    Gail M Ballou

Clerk: ___CLynch___

*A clerk may sign this order only if the plaintiff has not opposed the dismissal.

Vacated
6-22-12

Reopened
6-22-12

**FILE COPY**

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

LEWIS M. BRATCHER III,      )
                                )
    Plaintiff,         )
                                )
    vs.                )
                                )
LIBERTY NORTHWEST and    )
OHIO CASUALTY INSURANCE CO. )
                                )
    Defendant.       )    Case No. 4FA-11-02735CI

FILED In the Trial Courts
State of Alaska, Fourth District

AUG - 5 2013

By _____
_____ Deputy

## LIMITED ENTRY OF APPEARANCE

The law firm of Lynch & Associates, P.C. hereby enters a limited entry of appearance in accordance with Alaska R. Civ. P. 81(d) in the above captioned matter on behalf of defendant Liberty Northwest and defendant Ohio Casualty Insurance Company. Defendants, by and through counsel, file their *Motion for Dismissal of Action with Prejudice* concurrent with this Limited Entry of Appearance.

Only documents regarding defendants' *Motion for Dismissal of Action with Prejudice* may be served on defendant's counsel at 425 G Street, Suite 420, Anchorage, Alaska 99501. Lynch & Associates, P.C. is not authorized to accept service of process on behalf of Liberty Northwest or Ohio Casualty Insurance Company.

DATED at Anchorage, Alaska this ___2nd___ day of August, 2013.

LYNCH & ASSOCIATES, P.C.
Attorneys for Defendant

By: _____
Laura Barson
Alaska Bar No. 0911049

Lynch & Associates, P.C.
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Certificate of Service
I hereby certify that on ___2nd___ day of August,
2013, I caused a true and correct copy of the
foregoing to be served via:

__X__: U.S. Mail  ____: Facsimile  ____: Hand Delivery

Gail M. Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Fax: (907) 456/5049

_____
Lynch & Associates, P.C.

**Lynch & Associates, P.C.**
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Limited Entry of Appearance
*Bratcher v Liberty Northwest*

Page **2** of **2**
4FA-11-02735CI

LEWIS M. BRATCHER III,    )
                  )
    Plaintiff,       )
                  )
      vs.         )
                  )
LIBERTY NORTHWEST and    )
OHIO CASUALTY INSURANCE CO.   )
                  )
    Defendant.     )   Case No. 4FA-11-02735CI
                  )

**FILED in the Trial Courts**
**State of Alaska, Fourth District**
**AUG - 5 2013**
By _____
          Deputy

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

## MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE

       Defendants Liberty Northwest and Ohio Casualty Insurance Company, by and through counsel of record Lynch & Associates, P.C., hereby move for involuntary dismissal of the plaintiff's claims with prejudice in accordance with Alaska R. Civ. P. 41.

### I.   Facts

       On October 12, 2008, plaintiff Lewis M. Bratcher, III ("Bratcher") was involved in a motor vehicle collision. Nearly three years later, on October 11, 2011, Bratcher, by and through his counsel of record Gail M. Ballou ("Ballou"), filed this civil action in Superior Court.[1] The court subsequently issued the summons and notice to parties of judicial assignment. Additionally, the court flagged this case for tracking in accordance with Alaska R. Civ. P. 4(j), which provides a plaintiff with 120 days to serve named defendants.

       As of February 8, 2012, 120 days had elapsed following the filing of the complaint and the issuance of the summons. Four days later, on February 12, 2012, this Court served Bratcher with a notice of failure to serve defendant. On March 12, 2012, Bratcher filed

---

[1] In his complaint, Bratcher alleged, "Liberty Northwest advised [Bratcher] that he must file a lawsuit against Liberty Northwest within three years after the accident to preserve his claim for underinsured motorist benefits."

Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 17 of 74

an opposition to the proposed dismissal and, 2 days later, this Court served its Order regarding the administrative dismissal.

Then, on June 15, 2012, Bratcher filed an amended complaint, naming defendant Ohio Casualty Insurance Company. A supplemental summons was issued for defendant Ohio Casualty Insurance Company and the court later vacated its Order regarding the administrative dismissal.

On September 4, 2012 defense counsel contacted Ballou regarding Bratcher's claims.[2] On behalf of defendant Ohio Casualty Insurance Company, counsel sought information with regard to the damages sought by Bratcher. Ballou did not respond.

On October 13, 2012, 120 days had elapsed following the filing of the amended complaint and issuance of the supplemental summons for defendant Ohio Casualty Insurance Company.

On February 19, 2013, defense counsel contacted Ballou regarding Bratcher's claims and the lack of response to counsel's September 4, 2012 letter.[3] Defense counsel, again, sought a response to its September 4, 2012 letter. Ballou did not respond.

On June 14, 2013, 1 year following the filing of the amended complaint naming defendant Ohio Casualty Insurance Company, defense counsel contacted Ballou regarding the lack of response to counsel's September 4, 2012 letter and February 19, 2013 letter. Defense counsel advised that it would seek dismissal of Bratcher's claims against each of the named defendants *with prejudice* if a response was not received within 30 days.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

---

[2] Exhibit 1: September 4, 2012 Letter from Lynch & Associates to Law Office of Gail M. Ballou (enclosures not included).
[3] Exhibit 2: February 19, 2013 Letter from Lynch & Associates to Law Office of Gail M. Ballou (enclosure not included).

Motion for Dismissal of Action with Prejudice                                    Page **2** of **4**
*Bratcher v Liberty Northwest*                                                        4FA-11-02735CI
Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 18 of 74

More than 30 days have elapsed since defense counsel advised of its intent to seek dismissal of this action, 1 year has elapsed since Bratcher has made any effort to prosecute his claim, and nearly 2 years have elapsed since Bratcher filed his initial complaint. Furthermore, nearly 5 years have passed since the date of loss. To date, Bratcher has not served the named defendants and Ballou has not responded to defense counsel's requests for information regarding alleged damages.

## II.    Law

Alaska R. Civ. P. 41 provides for the dismissal of actions. Subsection (b) provides defendant with the right to move for dismissal of an action asserted against it based upon the failure of the plaintiff to prosecute or comply with the Alaska Rules of Civil Procedure. Alternatively, subsection (e) provides for the dismissal of an action for want of prosecution if the case has been pending for more than 1 year without any proceedings having been taken or if the case has been pending for more than 1 year and no trial or mandatory pretrial scheduling conference has been scheduled or held.[4]

## III.    Discussion

Bratcher has not complied with the Alaska Rules of Civil Procedure. Bratcher has failed to serve either named defendant in a manner prescribed by Alaska R. Civ. P. 4(d)(4) and (d)(12). Additionally, Bratcher has not served either named defendant in the time period prescribed by Alaska R. Civ. P. 4(j).

Bratcher has also made no efforts to prosecute this case in the past year. This case has been pending for nearly 2 years, with no activity for the past 13 months. Despite defense counsel's communications, Bratcher has not responded to defense counsel's attempts to secure information regarding the asserted damage claims or notification of the intent to seek dismissal

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

---

[4] Alaska R. Civ. P. 41(e)(1)(A) and (B).

Motion for Dismissal of Action with Prejudice                                    Page 3 of 4
*Bratcher v Liberty Northwest*                                                       4FA-11-02735CI
Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 19 of 74

of this action with prejudice. Lastly, a pretrial scheduling conference has not been scheduled or held.

## IV.   Conclusion

Bratcher's claims should be dismissed with prejudice in accordance with Alaska R. Civ. P. 41. Bratcher has failed to comply with the Alaska Rules of Civil Procedure and has failed to make any efforts to prosecute his claim within the past year.

DATED at Anchorage, Alaska this __2nd__ day of August, 2013.

LYNCH & ASSOCIATES, P.C.
Attorneys for Defendant

By: _Laura Barson_

Laura Barson
Alaska Bar No. 0911049

Certificate of Service
I hereby certify that on __2nd__ day of August,
2013, I caused a true and correct copy of the
foregoing to be served via:

__X__: U.S. Mail ____: Facsimile ____: Hand Delivery

Gail M. Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Fax: (907) 456-5049

Lynch & Associates, P.C.

Lynch & Associates, P.C.
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Timothy M. Lynch
Laura S. Barson
Stacey C. Stone
Sarah C. Gillstrom
Kelly J. McHugh

# Lynch & Associates, P.C.
## A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501

Telephone
(907) 276-3222

Facsimile
(907) 278-9498

Website
WWW.NORTHLAW.COM

September 4, 2012

*VIA U.S. MAIL*

Gail Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701

RE:     **Case Name: Lewis Bratcher v. Liberty Northwest & Ohio Casualty Insurance Co.**
        **Case No.: 4FA-11-02735CI**
        **Our File No.: 4837.20**

Dear Ms. Ballou:

It is my understanding that your client, Lewis M. Bratcher (DOB 05/15/1946), was involved in a motor vehicle accident on October 12, 2008 while operating the 2005 Toyota 4Runner SR 5, VIN # JTEBU14R258046851. It is also my understanding that Mr. Bratcher is pursuing a claim for underinsured motorist benefits, following a policy-limits settlement with Horace Mann. I have been retained by The Ohio Casualty Insurance Company to assist in the investigation of your client's underinsured motorist claim.

Please be advised that I have not been authorized to accept process of service in this matter.

I have conducted a preliminary review of the materials provided to me from my client. At this time, I require additional information in order to assess Mr. Bratcher's claim for underinsured motorist benefits. I have attached the following releases in order to obtain up-to-date, complete treatment files for Mr. Bratcher's medical care:

1. Mat Su Regional Hospital;
2. Providence Anchorage Anesthesia Medical Group, PC;
3. Denali Orthopedic Surgery, PC;
4. Mat Su Borough EMS;
5. Mat Su Emergency Med Physicians Corp;
6. Brent Taylor, MD;
7. Alaska Imaging Associates, LLC;
8. Richard Cobden, MD;
9. Fairbanks Community Imaging;
10. *Blank Medical Release.*

I have also attached the following releases in order to assess any additional claim for lost wages asserted by Mr. Bratcher and any prior workers' compensation claims made by Mr. Bratcher:

Lynch & Associates, P.C.

1. Form 4506: Request for Copy of Tax Return;
2. State of Alaska Division of Workers' Compensation Request for Release of Information;
3. *Blank Employment Release*.

My client remains interested in a resolution of Mr. Bratcher's claim short of trial. However, at this time, I am unable to truly assess Mr. Bratcher's injuries and the value of his underinsured motorist claim. To this end, I look forward to your response.

I look forward to working with you to resolve Mr. Bratcher's claim.

Sincerely,

Laura Barson
*Enclosures (13)*

TIMOTHY M. LYNCH
LAURA S. BARSON
STACEY C. STONE
SARAH C. GILLSTROM
KELLY J. MCHUGH

# Lynch & Associates, P.C.
## A PROFESSIONAL CORPORATION
425 G STREET, SUITE 420
ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 276-3222

FACSIMILE
(907) 278-9498

WEBSITE
WWW.NORTHLAW.COM

February 19, 2013

*VIA U.S. MAIL*

Gail Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701

     RE:    **Case Name: Lewis Bratcher v. Liberty Northwest & Ohio Casualty Insurance Co.**
               **Case No.: 4FA-11-02735CI**
               **Our File No.: 4837.20**

Dear Ms. Ballou:

Enclosed with this letter you will find my September 4, 2012 letter requesting information regarding Mr. Bratcher's claim underinsured motorist claim. To date, I have not received any response and I am unable to truly assess Mr. Bratcher's injuries and the value of his underinsured motorist claim.

I have enclosed duplicate copies of the releases provided with my September 4, 2012 letter and look forward to your response.

Sincerely,

Laura Barson
*Enclosures (1)*

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## FOURTH JUDICIAL DISTRICT

LEWIS M. BRATCHER III,      )
                           )
    Plaintiff,              )
                           )
    v.                      )
                           )
LIBERTY NORTHWEST et al.,   )
                           )
    Defendants.             )
                           )
_____    )

Case no. 4FA-11-02735CI

FILED in the Trial Courts
State of Alaska Fourth District

AUG 2 0 2013

By_____Deputy

## MOTION FOR EXTENSION
### (RE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS)

The plaintiff's counsel requires additional time to complete her memorandum in opposition to the defendants' motion to dismiss and requests that the time for filing that memorandum be extended through Tuesday, August 27, 2013.

Dated this _____ day of August, 2013 at Fairbanks, Alaska.

LAW OFFICE OF GAIL M. BALLOU
Attorney for Lewis Bratcher

By _____
    Gail M. Ballou
    Alaska Bar No. 8211099

```
I certify that a copy of this document
was mailed to Laura Barson, Esq. on
_____, 2013.
_____
```

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632  Fax: (907) 456-5049

LEWIS M. BRATCHER III, )
)
    Plaintiff, )
)
        vs. )
)
LIBERTY NORTHWEST and )
OHIO CASUALTY INSURANCE CO. )
)
    Defendant. )      Case No. 4FA-11-02735CI
_____ )

*FILED IN THE ... STATE OF ... 2013 AUG 28 PM 1:20 CLERK OF THE COURT BY _____ DEPUTY*

**NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION
RE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    Defendants Liberty Northwest and Ohio Casualty Insurance Company, by and through counsel of record Lynch & Associates, P.C., hereby file their non-opposition to plaintiff Lewis M. Bratcher's *Motion for Extension (Re Opposition to Defendants' Motion to Dismiss)*, dated August 20, 2013, which requested an extension through August 27, 2013.

    DATED at Anchorage, Alaska this ___23rd___ day of August, 2013.

                    LYNCH & ASSOCIATES, P.C.
                    Attorneys for Defendants

                    By: _Laura Barson_____
                        Laura Barson
                        Alaska Bar No. 0911049

Certificate of Service
I hereby certify that on __23rd__ day of August, 2013, I caused a true and correct copy of the foregoing to be served via U.S. Mail:

Gail M. Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Fax: (907) 456-5049

_____
Lynch & Associates, P.C.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Non-Opp re Pl Mot for Ext (Def Mot to Dismiss)      Page 1 of 1
*Bratcher v Liberty Northwest*      4FA-11-02735CI
Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 26 of 74

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

LEWIS M. BRATCHER III )
)
)
Plaintiff(s), )
vs. )
)
)
LIBERTY NORTHWEST et al. )
)
Defendant(s). )
_____ )

CASE NO. 4FA- 11-02735CI

SUPPLEMENTAL SUMMONS (AS 21.09.180-.190)
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

Liberty Northwest
To Defendant: c/o Director of Insurance, Division of Insurance, DCCED State of Alaska
PO Box 110805 Juneau AK 99811-0805
You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at 101 Lacey
Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In
addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented)
Gail M. Ballou , whose address is:
748 Gaffney Rd. Ste 205 Fairbanks AK 99701      Phone: (907) 456-6632 .
Email: ballou@mosquitonet.com
If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this
case, in writing, of your current mailing address and any future changes to your mailing address
and telephone number. You may use court form *Notice of Change of Address / Telephone
Number* (TF-955), available at the clerk's office or on the court system's website at
www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the
attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge  McConahy .

8/27/2013
Date

CLERK OF COURT

By _____
Deputy Clerk

---

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If
you have been served with this summons outside the United States, you also have 40 days to file
your answer.

CIV-100 FBKS (1/10) (st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c) 55

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

LEWIS M. BRATCHER III                    )
                                          )
                 Plaintiff(s),            )
                                          )
vs.                                       )
                                          )
                                          )  CASE NO. 4FA- 11-02735CI
LIBERTY NORTHWEST et al.                 )  _____
                                          )  SUPPLEMENTAL SUMMONS (AS 21.09.180-.190)
                 Defendant(s).            )  AND
_____    )  NOTICE TO BOTH PARTIES
                                             OF JUDICIAL ASSIGNMENT

**Ohio Casualty Insurance Company**
To Defendant: **c/o Director of Insurance, Division of Insurance, DCCED State of Alaska**
            **PO Box 110805  Juneau AK  99811-0805**
You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons.  Your answer must be filed with the court at 101 Lacey
Street, Fairbanks, AK  99701 within 20 days* after the day you receive this summons.  In
addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented)
    ___Gail M. Ballou_____, whose address is:_____
    ___748 Gaffney Rd. Ste 205  Fairbanks AK 99701___    Phone: (907) 456-6632_____.
                                 **Email:  ballou@mosquitonet.com**
If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this
case, in writing, of your current mailing address and any future changes to your mailing address
and telephone number.  You may use court form *Notice of Change of Address / Telephone
Number* (TF-955), available at the clerk's office or on the court system's website at
www.courts.alaska.gov/forms.htm , to inform the court.  – OR – If you have an attorney, the
attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO:  Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge  McConahy_____.

___8/27/2013_____                   CLERK OF COURT
          /Date                           By _____
                                                      /Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer.  If
you have been served with this summons outside the United States, you also have 40 days to file
your answer.

CIV-100 FBKS (1/10) (st.3)                        Civil Rules 4, 5, 12, 42(c) 55
SUMMONS

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

LEWIS M. BRATCHER III,          )
                                )
              Plaintiff,         )
                                )          FILED in the Trial Courts
         v.                      )          State of Alaska Fourth District
                                )
LIBERTY NORTHWEST et al.,        )               AUG 2 7 2013
                                )
              Defendant.         )          By_____ Deputy
                                )
_____)

Case no. 4FA-11-02735CI

---

## OPPOSITION MEMORANDUM
## RE MOTION TO DISMISS

### Table of Contents

1.  Introduction ..................................................................................................................2
2.  Discussion ....................................................................................................................4
        The September 4 letter ........................................................................................4
        The February 19 letter .........................................................................................5
        The June 14 letter ...............................................................................................5

Attachments:

| | | |
|---|---|---|
| Exhibit A | Email to Liberty Northwest (re whether lawsuit necessary) |
| Exhibit B | Email from Liberty Northwest (lawsuit required) |
| Exhibit C | Email to Liberty Northwest (Lewis will file lawsuit as requested) |
| Exhibit D | Email from Liberty Northwest (re naming Ohio Casualty) |
| Exhibit E | Email to Liberty Northwest (re naming Ohio Casualty) |
| Exhibit F | Email to Liberty Northwest (re update and service of paperwork) |
| Exhibit G | Supplemental Summons (2) |
| Exhibit H | Phone bill excerpt |
| Exhibit I | Letter from Calypso (re Premera subrogation claim) |
| Exhibit J | Releases for medical records |

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049

# 1. Introduction



Plaintiff Lewis Bratcher was badly hurt in a head-on crash. The other driver was at fault but didn't have enough insurance. Fortunately, Lewis had $1 million in underinsured motorist benefits.

From the outset, everyone knew that Lewis would need years to recover from the accident. He required multiple surgeries and, after each, intensive therapy and time to heal.

There is no dispute about coverage. The insurance company intends to pay the claim once everyone has a better idea how much the claim will be. And, until now, everyone has appeared to agree that the claim, although substantial, probably won't approach policy limits ($1 million plus add-ons).

So why this lawsuit? Because the insurance company asked Lewis to file a lawsuit to preserve a statute of limitations:

> I kind of hate to say this [said the adjuster], but … you will need to file suit in order to toll the statute. [T]he Alaska contract statute appears to require suit be filed to preserve the claim. [Exhibit B; see Exhibit A also]

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632 Fax: (907) 456-5049

The insurance company got the statute of limitations issue wrong,[1] but counsel filed as instructed instead of debating that point. The insurance company agreed to put the lawsuit on hold so that neither side would have to spend money on lawyer fees for a lawsuit that no one wanted in the first place:

> I would think that you could simply request the court to stay any proceeding while [Lewis] continues to treat and recover from his injuries [said the adjuster]. [Exhibit B]

When the court proposed to dismiss the case as to Liberty Northwest for lack of activity, counsel advised the court that the case had been filed simply to preserve the status quo:

> This case involves benefits under an underinsured motorist insurance policy. The insurance company, defendant Liberty [Northwest], instructed its insured ... to file a lawsuit to prevent a statute of limitations from running. The insurance company is working on the plaintiff's underinsured motorist claim, and plaintiff will dismiss the case when the claim is resolved. [***Opposition to Proposed Dismissal*** filed 3/12/12]

Counsel notified the insurance company and forwarded the pleadings:

> I'm writing with an update about the court case that you asked us to file.
>
> In earlier correspondence ... I mentioned that I've just been keeping the case on hold since there's no reason to do anything with it at this time. But, the judge insists that I serve the court paperwork, so I'm doing that in order to comply with his demand. Liberty will also be getting a hard copy by mail.
>
> I still don't need or want any action from Liberty in connection with the court case. [Exhibit F]

Counsel also amended the complaint to add Ohio Casualty Insurance Company after recalling that the insurance company had said, after the case was filed, that the underwriter is Ohio Casualty:

> I apologize for not getting back to you sooner [said the adjuster]. The policyholder is Donnybrook Building Supply, Inc. [a corporation that Lewis owns], and the company through which it is written is Ohio Casualty Insurance Company. [Exhibit E]

---

1. Alaska has a three-year statute of limitations for contract claims, AS 09.10.053, but presumably that statute does not begin to run on an insurance contract until the insurance company actually breaches the contract. Here, the insurance company has never denied coverage or benefits, and Lewis wasn't claiming that the insurance company did something wrong.

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632    Fax: (907) 456-5049

Until Lewis is medically stable, it's difficult to quantify his claim for underinsured motorist benefits. No one knows what Lewis's total medical expenses will be, how much other insurers' subrogation claims will be,[2] or whether Lewis will have residual damage that the doctors can't fix. That's why there has been a written agreement with the insurance company to leave this case on hold.

Now the insurance company's Anchorage lawyer complains that the case isn't moving fast enough. So, counsel has obtained supplemental summonses and served the Director of Insurance in accordance with AS 21.09.180-.190. [Exhibit G]

## 2. Discussion

The insurance company's lawyer has asked the court to dismiss this case for lack of activity. Counsel opposes that request.

The insurance company's motion fails to disclose that the insurance company agreed in writing to leave the case on hold and fails to explain why its lawyer should be allowed to renege on that agreement and force Lewis to litigate.[3]

**The September 4 letter.** The insurance company says:

On September 4, 2012 defense counsel [Laura Barson] contacted Ballou regarding Bratcher's claims. ... Ballou did not respond.

Counsel received Barson's September 4 letter on September 7. That same day, counsel phoned Barson and left a message with Barson's receptionist. The toll call is itemized on counsel's phone bill (Exhibit H). Barson never called back.

---

2. Some of Lewis's medical expenses have been paid by Lewis's health insurance company, Premera Blue Cross Blue Shield of Alaska, and, later, by Medicare. Premera has (and has asserted) a subrogation claim against Lewis's underinsured motorist benefits (e.g., Exhibit G), and Medicare has statutory lien rights against those benefits.

3. Alaska insurance law supposedly protects insureds against having to litigate for uncontested benefits. *See generally* AS 21.36.125(a)(7) and(8).

**The February 19 letter.** The insurance company says:

> On February 19, 2013, defense counsel contacted Ballou regarding Bratcher's claims and the lack of response to counsel's September 4, 2012 letter. … Ballou did not respond.

Counsel did not respond. Why? Counsel had recently sent a batch of medical releases that Barson requested (collectively, Exhibit J) and assumed that the two missives had simply crossed in the mail.

**The June 14 letter.** There's no letter dated June 14, 2013 attached to the insurance company's motion, but counsel acknowledges receipt of such a letter. Counsel could have responded as a courtesy but didn't.

The Anchorage attorney had made clear that she would not enter an appearance in this case and lacked authority even to accept service. And, until she finally filed a limited appearance a few weeks ago, the Anchorage attorney had never before claimed to represent Liberty Northwest, the organization that is handling Lewis's claim, just Ohio Casualty.[4]

The court should deny the insurance company's motion. Counsel and Lewis will proceed with the case.

Dated this ⟶ 29 day of August, 2013 at Fairbanks, Alaska.

LAW OFFICE OF GAIL M. BALLOU
Attorney for Lewis Bratcher

By _(signature)_

    Gail M. Ballou
    Alaska Bar No. 8211099

```
I certify that a copy of this document
was mailed to L. Barson
on Aug 27 , 2013.
      (signature)
```

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049

---

    4.   Barson's letter of September 4, 2012 states that "I have been retained by The Ohio Casualty Insurance Company." Her letter of June 14, 2013 states that "I had been retained to represent the interests of Ohio Casualty Insurance Company."

OPPOSITION MEMO
PAGE 5 OF 5
                                     *BRATCHER V. LIBERTY NORTHWEST*
                                          4FA-11-02735CI

Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 33 of 74

## Gail Ballou

**From:** Gail Ballou [ballou@mosquitonet.com]
**Sent:** Thursday, October 06, 2011 10:59 AM
**To:** 'Altenhofen, Deborah'
**Subject:** RE: 08-080520 - Bratcher  UIM claim

Dear Debbie,

I'm writing to follow up on our discussion last year about Lewis Bratcher's deadline for taking formal action to recover UIM benefits (see email exchange below).

You indicated last year that Lewis had 3 years after the accident within which to take formal action, such as filing a lawsuit or (if applicable) requesting arbitration, to recover his UIM benefits.   The accident occurred on October 12, 2008.   The 3-year anniversary is coming up next week --October 12, 2011.

What would you like us to do about the upcoming 3-year anniversary?   Lewis has no reason or desire to file a lawsuit or (if applicable) request arbitration.   His claim is still active, he's still receiving medical treatment, you've made the interim payment that we asked you to make, and you've periodically requested additional information to assist you in evaluating Lewis's claim and update your file.   Liberty Northwest hasn't denied coverage or benefits, so there hasn't been an adverse decision for us to challenge.

We don't want to jeopardize Lewis's UIM benefits with Liberty Northwest by failing to meet some deadline.   Does Lewis have to take action before the 3-year anniversary in order to preserve his claim for UIM benefits?

Gail B.
```
=====================================
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Phone:  (907) 456-6632
Fax:    (907) 456-5049
Email:  ballou@mosquitonet.com
=====================================
```

**From:** Gail Ballou [mailto:ballou@mosquitonet.com]
**Sent:** Thursday, September 16, 2010 5:23 PM
**To:** 'Altenhofen, Deborah'
**Subject:** RE: 08-080520 - Bratcher UIM claim

Debbie –

Thank you for getting back to me on that so quickly.

I understand your response to mean that the soonest that Lewis and I would need to take formal action (such as filing a lawsuit or instituting arbitration, if applicable) to preserve Lewis's UIM claim with Liberty is 3 years after the accident. The accident was on October 12▉ ▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉ ▉ calculated in that manner is

October 12, 2011?  (Actually, I'm not sure that the accident itself is the event that triggers the start of the limitations period on a UIM claim, but there doesn't seem to be any need to explore that at this moment.)

Gail B.
==================================
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Phone:  (907) 456-6632
Fax:    (907) 456-5049
Email:  ballou@mosquitonet.com
==================================

**From:** Altenhofen, Deborah [mailto:Deborah.Altenhofen@LibertyNorthwest.com]
**Sent:** Thursday, September 16, 2010 2:55 PM
**To:** Gail Ballou
**Subject:** RE: 08-080520 - Bratcher UIM claim

Gail, thank you for speaking with me today about Mr. Bracher's claim.  I am so glad that you followed up with Pat to get payment on the bill referenced below.

I have now confirmed that we agree that the Statute of Limitations on UIM claims is the contract statute, so 3 years is the statute we will be applying.  I look forward to working with you to resolve this claim.  Please let me know if you have any other questions.  Debbie

Debbie Altenhofen
Liberty Northwest
Sr. Claims Specialist II - Agency Markets
650 NE Holladay St. (97232)
P.O. Box 5048, Portland, OR  97208
Direct Dial (503) 736-7827

Toll Free: 1(800) 811-8806 ex. 7897827**PLEASE NOTE THE NEW EXTENSION
Fax: 1(800) 734-0257, Cell:  (503) 956-9246
deborah.altenhofen@libertynorthwest.com

This communication, including attachments, is confidential non-public private information and may be privileged. If you are an unintended recipient of this communication, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error  please notify the sender immediately. Receipt by anyone other than the intended recipient is  not a waiver of confidentiality or privilege by the sender.

**From:** Gail Ballou [mailto:ballou@mosquitonet.com]
**Sent:** Tuesday, July 27, 2010 4:47 PM
**To:** Altenhofen, Deborah
**Subject:** RE: 08-080520 - Bratcher UIM claim

Gail, in follow up to your voicemail, and my reply voicemail, her is all of my contact information.  As I indicated in my voicemail, we recognize a requirement in Alaska to pay "undisputed" amounts on UIM claims.  That being said, I don't really have a feel for what we recognize as "undisputed."  When you get a chance, would you please give me a call to discuss this further, so we can get the necessary documentation to find an agreeable amount to pay at this time.

| From: | Altenhofen, Deborah [Deborah.Altenhofen@LibertyNorthwest.com] |
|---|---|
| Sent: | Friday, October 07, 2011 12:36 PM |
| To: | Gail Ballou (ballou@mosquitonet.com) |
| Subject: | FW: Alaska UIM question: FW: 08-080520 - Bratcher UIM claim |

Hello Gail,

I kind of hate to say this, but in order to be consistent with our policy, we do not voluntarily waive the statute, so you will need to file suit in order to toll the statute. The policy allows arbitration, so to the extent that we ultimately have a "dispute," over damages, that is the process through which the claim would ultimately be resolved, but the Alaska contract statute appears to require suit be filed to preserve the claim. I would think that you could simply request the court to stay any proceeding while Mr. Bratcher continues to treat and recover from his injuries. If we need to hire counsel to file an appearance or answer, we could do that, but since Mr. Bratcher is not yet fixed and stable, it probably makes sense to just hold off on doing anything, so long as the court will allow that.

Please let me know if you have any questions. I wish I could say that you don't need to do anything, but we do need to remain consistent. Thanks. Debbie

Debbie Altenhofen 
Liberty Northwest
Sr. Claims Specialist II - Agency Markets
650 NE Holladay St. (97232)
P.O. Box 5048, Portland, OR 97208
Direct Dial (503) 736-7827
Toll Free: 1(800) 811-8806 ex. 7897827
Fax: 1(800) 734-0257, Cell: (503) 956-9246
deborah.altenhofen@libertynorthwest.com

This communication, including attachments, is confidential non-public private information and may be privileged. If you are an unintended recipient of this communication, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error please notify the sender immediately. Receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege by the sender.

**From:** Gail Ballou [mailto:ballou@mosquitonet.com]
**Sent:** Thursday, October 06, 2011 11:59 AM
**To:** Altenhofen, Deborah
**Subject:** RE: 08-080520 - Bratcher UIM claim

Dear Debbie,

I'm writing to follow up on our discussion last year about Lewis Bratcher's deadline for taking formal action to recover UIM benefits (see email exchange below).

You indicated last year that Lewis had 3 years after the accident within which to take formal action, such as filing a lawsuit or (if applicable) requesting arbitration, to recover his UIM benefits. The accident occurred on October 12, 2008. The 3-year anniversary is coming up next week --October 12, 2011.

What would you like us to do about the upcoming 3-year anniversary? Lewis has no reason or desire to file a lawsuit or (if applicable) request arbitration. His claim is still active, he's still receiving medical treatment, you've made the interim payment that we asked you to make, and you've periodically requested additional information to assist you in evaluating Lewis's claim and update your file. Liberty Northwest hasn't denied coverage or benefits, so there hasn't been an adverse decision for us to challenge.

**Gail Ballou**

| | |
|---|---|
| From: | Gail Ballou [ballou@mosquitonet.com] |
| Sent: | Tuesday, October 11, 2011 12:39 PM |
| To: | 'Altenhofen, Deborah' |
| Subject: | RE: Alaska UIM question: FW: 08-080520 - Bratcher UIM claim |

Hi, Debbie –

Thanks for the heads-up.

In light of this information, we'll go ahead and file. I'll ask the court to put the case on hold, and we'll continue to work with you through Liberty's normal claims-adjustment process.

One more question: What name(s) should we list as the defendant(s) in the case caption?

Gail B.
=======================================
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Phone:   (907) 456-6632
Fax:     (907) 456-5049
Email:   ballou@mosquitonet.com
=======================================

**From:** Altenhofen, Deborah [mailto:Deborah.Altenhofen@LibertyNorthwest.com]
**Sent:** Friday, October 07, 2011 12:36 PM
**To:** Gail Ballou (ballou@mosquitonet.com)
**Subject:** FW: Alaska UIM question: FW: 08-080520 - Bratcher UIM claim

Hello Gail,

I kind of hate to say this, but in order to be consistent with our policy, we do not voluntarily waive the statute, so you will need to file suit in order to toll the statute. The policy allows arbitration, so to the extent that we ultimately have a "dispute," over damages, that is the process through which the claim would ultimately be resolved, but the Alaska contract statute appears to require suit be filed to preserve the claim. I would think that you could simply request the court to stay any proceeding while Mr. Bratcher continues to treat and recover from his injuries. If we need to hire counsel to file an appearance or answer, we could do that, but since Mr. Bratcher is not yet fixed and stable, it probably makes sense to just hold off on doing anything, so long as the court will allow that.

Please let me know if you have any questions. I wish I could say that you don't need to do anything, but we do need to remain consistent. Thanks. Debbie

## Gail Ballou

**From:** Altenhofen, Deborah [Deborah.Altenhofen@LibertyNorthwest.com]
**Sent:** Monday, October 17, 2011 11:13 AM
**To:** Gail Ballou
**Subject:** RE: Alaska UIM question: FW: 08-080520 - Bratcher UIM claim

Gail, I apologize for not getting back sooner. The policyholder is Donnybrook Building Supply, Inc., and the company through which it is written is Ohio Casualty Insurance Company. Please let me know if you have any questions. Thanks. Debbie

Debbie Altenhofen
Liberty Northwest
Sr. Claims Specialist II - Agency Markets
650 NE Holladay St. (97232)
P.O. Box 5048, Portland, OR 97208
Direct Dial (503) 736-7827
Toll Free: 1(800) 811-8806 ex. 7897827
Fax: 1(800) 734-0257, Cell: (503) 956-9246
deborah.altenhofen@libertynorthwest.com

This communication, including attachments, is confidential non-public private information and may be privileged. If you are an unintended recipient of this communication, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error please notify the sender immediately. Receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege by the sender.

**From:** Gail Ballou [mailto:ballou@mosquitonet.com]
**Sent:** Tuesday, October 11, 2011 1:39 PM
**To:** Altenhofen, Deborah
**Subject:** RE: Alaska UIM question: FW: 08-080520 - Bratcher UIM claim

Hi, Debbie –

Thanks for the heads-up.

In light of this information, we'll go ahead and file. I'll ask the court to put the case on hold, and we'll continue to work with you through Liberty's normal claims-adjustment process.

One more question: What name(s) should we list as the defendant(s) in the case caption?

Gail B.
```
==========================================
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Phone:  (907) 456-6632
Fax:    (907) 456-5049
Email:  ballou@mosquitonet.com
==========================================
```

## Gail Ballou

**From:** Gail Ballou [ballou@mosquitonet.com]
**Sent:** Monday, October 17, 2011 11:34 AM
**To:** 'Altenhofen, Deborah'
**Subject:** RE: Alaska UIM question: FW: 08-080520 - Bratcher UIM claim

Thanks for the information. I'll add that name and, as you suggested, ask the court to put the case on indefinite hold so that none of us wastes time dealing with it.

**From:** Altenhofen, Deborah [mailto:Deborah.Altenhofen@LibertyNorthwest.com]
**Sent:** Monday, October 17, 2011 11:13 AM
**To:** Gail Ballou
**Subject:** RE: Alaska UIM question: FW: 08-080520 - Bratcher UIM claim

Gail, I apologize for not getting back sooner. The policyholder is Donnybrook Building Supply, Inc., and the company through which it is written is Ohio Casualty Insurance Company. Please let me know if you have any questions. Thanks. Debbie

Debbie Altenhofen ✗
Liberty Northwest
Sr. Claims Specialist II - Agency Markets
650 NE Holladay St. (97232)
P.O. Box 5048, Portland, OR 97208
Direct Dial (503) 736-7827
Toll Free: 1(800) 811-8806 ex. 7897827
Fax: 1(800) 734-0257, Cell: (503) 956-9246
deborah.altenhofen@libertynorthwest.com

This communication, including attachments, is confidential non-public private information and may be privileged. If you are an unintended recipient of this communication, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error please notify the sender immediately. Receipt by anyone other than the intended recipient is not a waiver of confidentiality or privilege by the sender.

**From:** Gail Ballou [mailto:ballou@mosquitonet.com]
**Sent:** Tuesday, October 11, 2011 1:39 PM
**To:** Altenhofen, Deborah
**Subject:** RE: Alaska UIM question: FW: 08-080520 - Bratcher UIM claim

Hi, Debbie –

Thanks for the heads-up.

In light of this information, we'll go ahead and file. I'll ask the court to put the case on hold, and we'll continue to work with you through Liberty's normal claims-adjustment process.

One more question: What name(s) should we list as the defendant(s) in the case caption?

Gail B.

```
=====================================
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Phone:  (907) 456-6632
Fax:    (907) 456-5049
Email:  ballou@mosquitonet.com
=====================================
```

## Gail Ballou

| | |
|---|---|
| **From:** | Gail Ballou [ballou@mosquitonet.com] |
| **Sent:** | Tuesday, June 12, 2012 11:48 AM |
| **To:** | 'Altenhofen, Deborah' |
| **Subject:** | FW: 08-080520 - Donnybrook Building Supply, Inc., your client Lewis Bratcher [update 6/12/12] |
| **Attachments:** | Summons and judicial assignment 10-11-11.pdf; Complaint 10-11-11.pdf; Notice of (proposed) dismissal 02-13-12.pdf; Opposition to proposed dismissal 03-12-12.pdf; Order regarding administrative dismissal 03-14-12.pdf |

Hi, Debbie –

I'm writing with an update about the court case that you asked us to file.

In earlier correspondence (see below), I mentioned that I've just been keeping the case on hold since there's no reason to do anything with it at this time.    But, the judge insists that I serve the court paperwork, so I'm doing that in order to comply with his demand.    Liberty will also be getting a hard copy by mail.

I still don't need or want any action from Liberty in connection with the court case.    I'll send you separately a suggested stipulation with which we can jointly tell the judge to put the case on hold.

Thanks for your help.

Gail B.
```
=========================================
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Phone:   (907) 456-6632
Fax:     (907) 456-5049
Email:   ballou@mosquitonet.com
=========================================
```

---

**From:** Gail Ballou [mailto:ballou@mosquitonet.com]
**Sent:** Monday, February 27, 2012 2:27 PM
**To:** 'Altenhofen, Deborah'
**Subject:** RE: 08-080520 - Donnybrook Building Supply, Inc., your client Lewis Bratcher

Hello, Debbie –

Thanks for touching bases.   I've interspersed some information below.

Gail B.
```
=========================================
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Phone:   (907) 456-6632
Fax:     (907) 456-5049
Email:   ballou@mosquitonet.com
=========================================
```

EXHIBIT F

Gail, it has been some time since we last spoke about this claim. When we last spoke, you were going to file suit against the tortfeasor,

No – that's never been part of the plan. With Liberty's consent and participation, we entered into a policy-limits settlement with his carrier quite some time ago. That was before you became involved with the claim.

and potentially against Liberty to preserve the statute.

Yes – you indicated that Liberty might assert a statute of limitations defense on the underinsured motorist claim if we didn't file suit, so I filed here in Fairbanks. We've just kept the suit on hold as discussed earlier with you.

Finally, will you be in a position to provide me with some medical records in the near future? I would like to initiate the evaluation process and will need records to do that.

Yes, I know; that ball is in my court.

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

LEWIS M. BRATCHER III )
)
)
Plaintiff(s), )
)
vs. )
)
)
LIBERTY NORTHWEST et al. )   CASE NO. 4FA- 11-02735CI
)
Defendant(s). )   SUPPLEMENTAL SUMMONS (AS 21.09.180-.190)
)   AND
)   NOTICE TO BOTH PARTIES
       OF JUDICIAL ASSIGNMENT

Liberty Northwest
To Defendant: c/o Director of Insurance, Division of Insurance, DCCED State of Alaska
                PO Box 110805 Juneau AK 99811-0805
You are hereby summoned and required to file with the court a written answer to the complaint
which accompanies this summons. Your answer must be filed with the court at 101 Lacey
Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In
addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented)
    Gail M. Ballou                          , whose address is:
    748 Gaffney Rd. Ste 205 Fairbanks AK 99701       Phone: (907) 456-6632
                             Email: ballou@mosquitonet.com
If you fail to file your answer within the required time, a default judgment may be entered
against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this
case, in writing, of your current mailing address and any future changes to your mailing address
and telephone number. You may use court form *Notice of Change of Address / Telephone
Number* (TF-955), available at the clerk's office or on the court system's website at
www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the
attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge McConahy

8/27/2013                          CLERK OF COURT
_____
     Date                          By _____
                                         Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If
you have been served with this summons outside the United States, you also have 40 days to file
your answer.

CIV-100 FBKS (1/10) (st.3)
SUMMONS                                    Civil Rules 4, 5, 12, 42(c) 55

# IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
## AT FAIRBANKS

LEWIS M. BRATCHER III )
)
)
Plaintiff(s), )
)
vs. )
)
)
LIBERTY NORTHWEST et al. )   CASE NO. 4FA- 11-02735CI
)
Defendant(s). )   SUPPLEMENTAL SUMMONS (AS 21.09.180-.190)
)   AND
)   NOTICE TO BOTH PARTIES
)   OF JUDICIAL ASSIGNMENT

To Defendant: Ohio Casualty Insurance Company
c/o Director of Insurance, Division of Insurance, DCCED State of Alaska
PO Box 110805 Juneau AK 99811-0805

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented)
Gail M. Ballou , whose address is:

748 Gaffney Rd. Ste 205 Fairbanks AK 99701      Phone: (907) 456-6632

Email: ballou@mosquitonet.com

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm , to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge McConahy

8/27/2013
Date

CLERK OF COURT

By _____
Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 FBKS (1/10) (st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c) 55

**BALLOU GAIL M LAW OFC** 

Page 4 of 4
Account Number     **1099904**
Invoice Date     September 28, 2012



**All ACS Long Distance**
(907) 456-6632         15       75.00       8.63

## Detail for 748 GAFFNEY RD STE 205

### Detail for (907) 456-5049

**Monthly Services**

| | | | |
|---|---|---|---|
| * Access Recovery Charge | 9/28/2012 - 10/27/2012 | 1 Unit | 0.64 |
| * Business Complex | 9/28/2012 - 10/27/2012 | 1 Unit | 25.50 |
| * Alaska Network Access Fee | 9/28/2012 - 10/27/2012 | 1 Unit | 4.25 |
| * Federal Access Chrg-Multiline | 9/28/2012 - 10/27/2012 | 1 Unit | 9.16 |
| **Subtotal Monthly Services** | | | **39.55** |

### Detail for (907) 456-6632

**Monthly Services**

| | | | |
|---|---|---|---|
| * Access Recovery Charge | 9/28/2012 - 10/27/2012 | 1 Unit | 0.64 |
| * Business Complex | 9/28/2012 - 10/27/2012 | 1 Unit | 25.50 |
| Call Fwd Busy Line N/C | 9/28/2012 - 10/27/2012 | 1 Unit | 0.00 |
| Call Fwd Don't Ans N/C | 9/28/2012 - 10/27/2012 | 1 Unit | 0.00 |
| Message Indicator-Stutter Tone | 9/28/2012 - 10/27/2012 | 1 Unit | 0.00 |
| * Alaska Network Access Fee | 9/28/2012 - 10/27/2012 | 1 Unit | 4.25 |
| * Federal Access Chrg-Multiline | 9/28/2012 - 10/27/2012 | 1 Unit | 9.16 |
| Voice Mail | 9/28/2012 - 10/27/2012 | 1 Unit | 5.00 |
| **Subtotal Monthly Services** | | | **44.55** |

### Long Distance and Usage Charges
**ACS Long Distance**

| Call # | Date | Time | Called Number | Called Location | Called From | Call Type | Duration | Amount |
|---|---|---|---|---|---|---|---|---|
| 6 | 8/29/12 | 10:28 | (907) 271-2667 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 0:30 | 0.06 |
| 7 | 8/29/12 | 10:29 | (907) 271-2621 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 0:48 | 0.09 |
| 8 | 9/5/12 | 08:42 | (907) 465-2550 | JUNEAU, AK | (907) 456-6632 | Direct Dialed | 2:00 | 0.23 |
| 9 | 9/5/12 | 08:44 | (907) 465-5456 | JUNEAU, AK | (907) 456-6632 | Direct Dialed | 6:18 | 0.72 |
| 10 | 9/5/12 | 11:52 | (907) 465-6339 | JUNEAU, AK | (907) 456-6632 | Direct Dialed | 7:42 | 0.89 |
| 11 | 9/7/12 | 11:06 | (907) 276-3222 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 0:48 | 0.09 |
| 12 | 9/10/12 | 11:19 | (907) 444-6007 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 35:42 | 4.11 |
| 13 | 9/17/12 | 15:53 | (907) 272-6511 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 1:42 | 0.20 |
| 14 | 9/18/12 | 14:16 | (907) 672-3512 | MANLYHTSPG, AK | (907) 456-6632 | Direct Dialed | 3:30 | 0.40 |
| 15 | 9/18/12 | 16:25 | (907) 272-6511 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 1:24 | 0.16 |
| 16 | 9/20/12 | 08:53 | (907) 272-6511 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 8:30 | 0.98 |
| 17 | 9/25/12 | 11:21 | (907) 275-2281 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 0:42 | 0.08 |
| 18 | 9/25/12 | 12:07 | (907) 275-2281 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 0:30 | 0.06 |
| 19 | 9/25/12 | 12:36 | (907) 275-2281 | ANCHORAGE, AK | (907) 456-6632 | Direct Dialed | 4:24 | 0.51 |
| 20 | 8/30/12 | 12:24 | (603) 673-9800 | MILFORD, NH | (907) 456-6632 | Direct Dialed | 0:30 | 0.05 |

**Subtotal ACS Long Distance**       **8.63**

### Local Measured Service

| Description | Quantity | Amount |
|---|---|---|
| Automatic Recall | 5 | 3.25 |

**Subtotal Local Measured Service**       **3.25**

**Long Distance and Usage Charges**       **11.88**

DST 00083253                                                        6



All portions of this form *must* be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

Lewis Bratcher, III

_Patient's Name_ | 5/15/1946 | F011470093
_Date of Birth_ | _Medical Record #_

_Address_ | _Telephone No._

I authorize the use and disclosure of health information about me as described below:

Mat Su Regional Hospital

_Facility Authorized to Release my Health Information_ | _Telephone No._

_Address_

Lynch & Associates, P.C. 425 G Street, Ste 420, Anchorage, AK 99501; (907) 276-3222

_Agency or Individual(s) Authorized to Receive my Health Information_

Health Information that may be used / disclosed is limited to the following:
☒ Discharge Summary  ☒ History & Physical  ☒ Consultation(s)  ☐ Lab  ☒ Pathology Report
☒ Operative Note(s)  ☒ Imaging/X-ray  ☒ Entire Record  ☐ Other *(specify)*_____

Health Information that may be used / disclosed is limited to the following Treatment Dates: January 2005- Current

Health information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):
☒ Treatment/Consultation  ☐ At Request of Patient  ☐ Research  ☐ Marketing  ☒ Billing or Claims Payment
☐ Other_____

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, x-ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, *to include alcohol, drug abuse, communicable disease including HIV status, and/or psychiatric diagnoses* compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

This authorization will automatically _expire 60 days_ after the date of signature below (except as indicated above), unless an earlier date is specified, or at the conclusion of a specified event. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the Health Information Portability Accountability Act prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with Health Insurance Portability and Accountability Act (HIPAA) privacy regulations.

_Patient's or Authorized Personal Representative's Signature*_ | _Date_ | _Time_

_Relationship to Patient / Authority to Act on Patient's Behalf_ | _Interpreter, if Utilized_

_Witness's Signature_ | _Expiration Date or Event  There may be a charge for copying Medical Records._

*Signature must be validated against driver's license or signature in Medical Record.

Health Information Management
**Authorization to Use and Disclose**
**Protected Health Information**
HIM-1401G   (Revised 03/08)
WHITE - Medical Record      CANARY - Recipient

_Patient Label_

## H.I.P.A.A. MEDICAL AUTHORIZATION TO RELEASE AND CONSENT FOR DISCLOSURE OF CONFIDENTIAL MEDICAL INFORMATION
### (Health Insurance Portability and Accountability Act of 1998)

TO: _Mat Su Borough EMS_

I, **Lewis Bratcher, III**, do hereby give my consent and authorization to:

_Mat Su Borough EMS_

to release to the firm of **LYNCH & ASSOCIATES, P.C.,** 425 G St., Ste. 420, Anchorage, Alaska 99501, complete copies of all medical reports, chart notes, narrative reports, admission reports, lab reports, x-rays, MRIs, patient forms, therapy notes, therapy records, test results, discharge summaries, pharmacy records, records in my file from other medical providers, medical bills, photographs and other matters concerning me or my medical or psychological condition for the purpose of litigation. I understand that information in my health record may include records relating to sexually transmitted diseases, drug and/or alcohol abuse treatment, psychiatric care or other sensitive information.

I understand that once the above information is disclosed to **LYNCH & ASSOCIATES, P.C.,** it may be subject to re-disclosure and no longer protected by federal privacy laws or regulations. I understand that this consent for disclosure of medical records constitutes a waiver of my right to confidentiality under 42 U.S.C. § 290dd-3 and 42 C.F.R. § 2.1 et seq. I authorize the release of the above-referenced information for use in the investigation of the underinsured motorist claim against The Ohio Casualty Insurance Company, a member of the Liberty Mutual Group, that I originated and for no other purpose. I understand that authorizing the above information is voluntary and eligibility for treatment is not conditioned on whether this release is signed.

This consent is subject to revocation at any time in writing, except to the extent that action has already been taken in reliance on this authorization. Unless revoked earlier, this authorization will expire one (1) year after the date of signature below. A photocopy of this authorization shall be considered as effective and valid as the original.

I, **Lewis Bratcher, III**, do hereby verify that I have read the foregoing document and that I authorize the release of the records described above.

| | |
|---|---|
| _(signature)_ | Lewis Bratcher, III |
| **(Patient Signature)** | **(Patient Printed Name)** |
| 5/15/1946 | _4/5-78-1253_ |
| **(Birth Date)** | **(Social Security Number)** |

_____
**(If signed by legal representative, relationship to patient)**

SUBSCRIBED AND SWORN to before me this _1st_ day of _February_, 20_13_, at Fairbanks, Alaska.

_(signature)_
Notary Public in and for the State of Alaska
My Commission Expires: _October 8, 2013_

Notary Public
RACHEL WARD
State of Alaska
My Commission Expires Oct 8, 2013

# H.I.P.A.A. MEDICAL AUTHORIZATION TO RELEASE AND CONSENT
## FOR DISCLOSURE OF CONFIDENTIAL MEDICAL INFORMATION
### (Health Insurance Portability and Accountability Act of 1998)

TO: _Mat Su Emergency Med Physicians Corp._

I, **Lewis Bratcher, III**, do hereby give my consent and authorization to:

_Mat Su Emergency Med Physicians Corp._

of **LYNCH & ASSOCIATES, P.C.,** 425 G St., Ste. 420, Anchorage, Alaska 99501, to release to the firm complete copies of all medical reports, chart notes, narrative reports, admission reports, lab reports, x-rays, MRIs, patient forms, therapy notes, therapy records, test results, discharge summaries, pharmacy records, records in my file from other medical providers, medical bills, photographs and other matters concerning me or my medical or psychological condition for the purpose of litigation. I understand that information in my health record may include records relating to sexually transmitted diseases, drug and/or alcohol abuse treatment, psychiatric care or other sensitive information.

I understand that once the above information is disclosed to **LYNCH & ASSOCIATES, P.C.,** it may be subject to re-disclosure and no longer protected by federal privacy laws or regulations. I understand that this consent for disclosure of medical records constitutes a waiver of my right to confidentiality under 42 U.S.C. § 290dd-3 and 42 C.F.R. § 2.1 et seq. I authorize the release of the above-referenced information for use in the investigation of the underinsured motorist claim against The Ohio Casualty Insurance Company, a member of the Liberty Mutual Group, that I originated and for no other purpose. I understand that authorizing the release of the above information is voluntary and eligibility for treatment is not conditioned on whether this release is signed.

This consent is subject to revocation at any time in writing, except to the extent that action has already been taken in reliance on this authorization. Unless revoked earlier, this authorization will expire one (1) year after the date of signature below. A photocopy of this authorization shall be considered as effective and valid as the original.

I, **Lewis Bratcher, III**, do hereby verify that I have read the foregoing document and that I authorize the release of the records described above.

| | |
|---|---|
| (Patient Signature) | Lewis Bratcher, III |
| | (Patient Printed Name) |
| 5/15/1946 | 4/5 - 7 - 1 2 5 3 |
| (Birth Date) | (Social Security Number) |

(If signed by legal representative, relationship to patient)

SUBSCRIBED AND SWORN to before me this 1st day of February, 20 13, at Fairbanks, Alaska.

Notary Public in and for the State of Alaska
My Commission Expires: October 8, 2013

> Notary Public
> RACHEL WARD
> State of Alaska
> My Commission Expires Oct 8, 2013

**PROVIDENCE ANCHORAGE ANESTHESIA MEDICAL GROUP, PC
3300 PROVIDENCE DRIVE, SUITE 207
ANCHORAGE, AK 99508-4619
PHONE: 907-561-0005    FAX: 907-563-9140**

## <u>PROTECTED HEALTH INFORMATION RELEASE:  AUTHORIZATION TO USE AND/OR DISCLOSE MEDICAL RECORDS</u>

I authorize Providence Anchorage Anesthesia Medical Group to use/disclose and/or release a copy of the specific health and medical information identified below for <u>Lewis Bratcher, III</u> (name of patient), birth date <u>5/15/1946</u> (date of birth) to <u>Lynch & Associates, P.C.</u> (name of recipient) for the following purposes: <u>My UIM Claim</u> (describe each purpose of use/disclosure/release)

_____

By initialing the spaces below, I specifically authorize the use / disclosure and/or release of the following health information and / or medical records, if such information and / or records exist:

<u>LB</u> Please send the entire medical record (all information to the above names recipient)
<u>LB</u> All hospital records (including nursing notes and progress notes)
<u>LB</u> Transcribed hospital reports
<u>LB</u> Medical records needed for continuity of care
<u>LB</u> Most recent five year history
<u>LB</u> Emergency and urgent care records
<u>LB</u> Clinician office chart notes
_____ Dental records
<u>LB</u> Lab reports
<u>LB</u> Pathology reports
<u>LB</u> Diagnostic imaging reports
<u>LB</u> Office billing records
<u>LB</u> Other:  PAAMG's anesthesia record of care

**The following items must be initialed to be included in the use/ disclosure and / or release of other health information:
_____ **HIV / AIDS related information and / or records
<u>LB</u> **Mental health information and / or records
_____ ** Genetic testing information and / or records
_____ **Drug / alcohol diagnosis, treatment, or referral

11685532v1 55806-1
DWT 15126300v2 0055806-000001

information (Federal regulation require a description of how much and what kind of information is to be disclosed)  Describe:

_____

_____

I understand that, if the person or entity receiving the information is not a health care provider or health plan covered by federal privacy regulations, the information described above may be re-disclosed and no longer protected by these regulations.  However, the recipient may be prohibited from disclosing substance abuse information under the Federal Substance Abuse Confidentiality Requirements.

I also understand that the person I am authorizing to use / disclose and / or release the information may receive compensation for doing so.

I further understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment or payment or my eligibility for benefits.  I may inspect or copy any information to be use / disclosed and / or released under this authorization.

Finally, I understand that I may revoke this authorization in writing at any time, provided that I do so in writing, except to the extent that action has been taken in reliance upon this authorization.  Your written revocation should be delivered by hand or mailed to us at the address set forth at the top of this form.  Unless revoked earlier, this authorization will expire 180 days from the date of signing or until (insert applicable date of event) __one year from date of signature.__

_____          _Feb 1-2013_
Signature of Patient or Patient's Legal Representative        Date

   Lewis Bratcher, III
_____
Print Patient's Name

_Lewis M. Bratcher III_
Print Name of Legal Representative (If applicable)        _____
                                                          Relationship to Patient

*If you are not presenting this authorization in person, please attach two forms of identification or a notarization of your signature.*

                    SUBSCRIBED AND SWORN TO before me on this _1st_ day of
_February___, 2013

┌─────────────────────────────┐
│        Notary Public        │          _____
│        RACHEL WARD          │          Notary Public in and for Alaska
│       State of Alaska       │          My Commission Expires: _October 8, 2013_
│ My Commission Expires Oct 8, 2013 │
│ DMT 1512510043045506 000001 │
└─────────────────────────────┘

DENALI ORTHOPEDIC SURGERY, PC
AUTHORIZATION TO DISCLOSE HEALTH INFORMATION
MEDICAL RECORDS RELEASE

I authorize ___Denali Orthopedic Surgery, PC___ to release health information on the patient

listed below to ☐ Self or ☒ Other:___Lynch & Associates, P.C.___.

Patient Name:___Lewis Bratcher, III___ DOB:___5/15/1946___ Chart #:_____

The information is being requested for the following reason:

☐ Personal copy of my treatment records        ☒ Legal reasons   Litigation

☐ Continued care with another physician         ☐ Other

**Please note there is no charge for the first copy of your paper records except for requests for complete chart copy. Copy fees will be assessed for additional copies and must be paid in advance. X-ray copies are $11 per film and must be paid in advance.**

Please indicate the records requested below:

☐ Limited records request. I am requesting only for a specific date or body part. My request is limited to

_____

☐ Records produced by Denali Orthopedic Surgery, PC. Dictations, x-ray reports and operative reports.

☒ Complete chart copy which includes outside records, hospital and intake paperwork. Please contact me at
___Vanessa Hope @ 276-3222___ to provide a copy fee quote.

☐ X-ray films- Specify body part:_____

Medical records are to be ☐ Faxed to _____ ☐ Picked up by:_____

☒ Mailed to ___Lynch & Associates, P.C. 425 G Street, Ste 420 Anchorage, AK 99501___

This authorization will automatically expire in six (6) months from the date signed. I understand that I may revoke this consent at any time and that revocation will not apply to information that has already been released as a result of this authorization. If I revoke this authorization, I must do so in writing and send it to the attention of the Privacy Officer. I understand that authorizing the disclosure of this health information is voluntary and that any disclosure of information carries with it the potential for an unauthorized redisclosure and may no longer be protected by federal confidentiality rules.

_____   Feb-1-2013   ADL 0331073
Signature of Patient/Guardian/Legal Representative        Date   ID Verification: Document and Number

_____
FOR DENALI ORTHOPEDIC SURGERY, PC USE ONLY

Physician Authorization _____
                        Initial and Date
Records copied by Employee Initials and Date:_____

Records:_____ Faxed_____Mailed_____ Picked Up   Employee Initials and Date:_____

Revised 07/12  S:/officeforms/medical records release

# H.I.P.A.A. MEDICAL AUTHORIZATION TO RELEASE AND CONSENT
## FOR DISCLOSURE OF CONFIDENTIAL MEDICAL INFORMATION
### (Health Insurance Portability and Accountability Act of 1998)

TO:    Brent Taylor, MD

I, **Lewis Bratcher, III**, do hereby give my consent and authorization to:

     Brent Taylor, MD

to release to the firm of **LYNCH & ASSOCIATES, P.C.**, 425 G St., Ste. 420, Anchorage, Alaska 99501, complete copies of all medical reports, chart notes, narrative reports, admission reports, lab reports, x-rays, MRIs, patient forms, therapy notes, therapy records, test results, discharge summaries, pharmacy records, records in my file from other medical providers, medical bills, photographs and other matters concerning me or my medical or psychological condition for the purpose of litigation. I understand that information in my health record may include records relating to sexually transmitted diseases, drug and/or alcohol abuse treatment, psychiatric care or other sensitive information.

I understand that once the above information is disclosed to **LYNCH & ASSOCIATES, P.C.**, it may be subject to re-disclosure and no longer protected by federal privacy laws or regulations. I understand that this consent for disclosure of medical records constitutes a waiver of my right to confidentiality under 42 U.S.C. § 290dd-3 and 42 C.F.R. § 2.1 et seq. I authorize the release of the above-referenced information for use in the investigation of the underinsured motorist claim against The Ohio Casualty Insurance Company, a member of the Liberty Mutual Group, that I originated and for no other purpose. I understand that authorizing the above information is voluntary and eligibility for treatment is not conditioned on whether this release is signed.

This consent is subject to revocation at any time in writing, except to the extent that action has already been taken in reliance on this authorization. Unless revoked earlier, this authorization will expire one (1) year after the date of signature below. A photocopy of this authorization shall be considered as effective and valid as the original.

I, **Lewis Bratcher, III**, do hereby verify that I have read the foregoing document and that I authorize the release of the records described above.

_____
(Patient Signature)

Lewis Bratcher, III
_____
(Patient Printed Name)

5/15/1946
_____
(Birth Date)

4/5 - 7X - 1253
_____
(Social Security Number)

_____
(If signed by legal representative, relationship to patient)

SUBSCRIBED AND SWORN to before me this 1st day of February, 2013, at Fairbanks, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: October 8, 2013

```
Notary Public
RACHEL WARD
State of Alaska
My Commission Expires Oct 8, 2013
```

# H.I.P.A.A. MEDICAL AUTHORIZATION TO RELEASE AND CONSENT
## FOR DISCLOSURE OF CONFIDENTIAL MEDICAL INFORMATION
### (Health Insurance Portability and Accountability Act of 1998)

TO: _____ Richard Cobden, MD _____

I, **Lewis Bratcher, III**, do hereby give my consent and authorization to:

       Richard Cobden, MD

of **LYNCH & ASSOCIATES, P.C.**, 425 G St., Ste. 420, Anchorage, Alaska 99501, to release to the firm complete copies of all medical reports, chart notes, narrative reports, admission reports, lab reports, x-rays, MRIs, patient forms, therapy notes, therapy records, test results, discharge summaries, pharmacy records, records in my file from other medical providers, medical bills, photographs and other matters concerning me or my medical or psychological condition for the purpose of litigation. I understand that information in my health record may include records relating to sexually transmitted diseases, drug and/or alcohol abuse treatment, psychiatric care or other sensitive information.

I understand that once the above information is disclosed to **LYNCH & ASSOCIATES, P.C.**, it may be subject to re-disclosure and no longer protected by federal privacy laws or regulations. I understand that this consent for disclosure of medical records constitutes a waiver of my right to confidentiality under 42 U.S.C. § 290dd-3 and 42 C.F.R. § 2.1 et seq. I authorize the release of the above-referenced information for use in the investigation of the underinsured motorist claim against The Ohio Casualty Insurance Company, a member of the Liberty Mutual Group, that I originated and for no other purpose. I understand that authorizing the above information is voluntary and eligibility for treatment is not conditioned on whether this release is signed.

This consent is subject to revocation at any time in writing, except to the extent that action has already been taken in reliance on this authorization. Unless revoked earlier, this authorization will expire one (1) year after the date of signature below. A photocopy of this authorization shall be considered as effective and valid as the original.

I, **Lewis Bratcher, III**, do hereby verify that I have read the foregoing document and that I authorize the release of the records described above.

_____       Lewis Bratcher, III
(Patient Signature)               _____
                                  (Patient Printed Name)

5/15/1946                  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
_____       _____
(Birth Date)                          (Social Security Number)

_____
(If signed by legal representative, relationship to patient)

SUBSCRIBED AND SWORN to before me this __1st__ day of __February__, 20_13_, at Fairbanks, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: _October 8, 2013_

```
Notary Public
RACHEL WARD
State of Alaska
My Commission Expires Oct 8, 2013
```

 **CALYPSO**

Subrogation Department
7001 220th St SW, Mountlake Terrace WA  98043-2124  •  MS 227 PO Box 327, Seattle WA  98111-0327

September 21, 2010

|  |  |  |
|---|---|---|
| Gail M Ballou | Re: | Accident Date: 10/12/2008 |
| Attorney at Law | | Case #:       65322 |
| 748 GAFFNEY RD STE 205 | | Member(s):  Lewis M Bratcher III |
| FAIRBANKS AK  99701-4647 | | |
| | | Patient(s):   Lewis M Bratcher III |

Dear Gail M Ballou:

This is to advise you of the change in our subrogated interest since our last contact with you.  Our current subrogation amount is $68,763.53.

Please contact this office PRIOR to settlement to confirm the final subrogation amount.

If you have any questions please call the number listed below.

Sincerely,

Subrogation Department
Calypso
888-704-0638
Fax: 425-918-5878

*Calypso provides recovery services on behalf of Premera Blue Cross, Premera Blue Cross Blue Shield of Alaska,
LifeWise Health Plan of Washington, LifeWise Health Plan of Oregon, LifeWise Health Plan of Arizona, and NorthStar Administrators.*

FILED IN THE
...
20[13] SEP -6 PM 2: 35
CLERK [...]
BY _____
_____ DEPUTY

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

LEWIS M. BRATCHER III,      )
                         )
    Plaintiff,          )
                         )
      vs.             )
                         )
LIBERTY NORTHWEST and   )
OHIO CASUALTY INSURANCE CO.  )
                         )
    Defendant.        )    Case No. 4FA-11-02735CI
_____)

## DEFENDANTS' REPLY RE:
## MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE

       Defendants Liberty Northwest and Ohio Casualty Insurance Company, by and through counsel of record Lynch & Associates, P.C., hereby reply to plaintiff's opposition to the *Motion for Dismissal of Action with Prejudice*, dated August 2, 2013. Plaintiff opposed defendants' motion stating that plaintiff and defendants had an agreement not to litigate this matter. This assertion, however, (1) mischaracterizes the past communications between plaintiff's counsel and Liberty Northwest and (2) does not provide adequate justification for plaintiff's lack of response or failure to prosecute his claim.

       Plaintiff correctly asserts that plaintiff's counsel and Liberty Northwest discussed this matter on October 7, 2011.[1] During that discussion Liberty Northwest confirmed that it was not willing to waive the statute of limitations and that plaintiff was required to file suit in order to preserve his rights. On October 11, 2011, plaintiff's counsel responded, stating: "In light of this information, we'll go ahead and file. I'll ask the court to put the case on hold, and *we'll*

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

_____

[1] Pl Opp Memo re Mot to Dismiss, Exhibit B.

Reply re: Mot for Dismissal of Action with Prejudice        Page 1 of 5
*Bratcher v Liberty Northwest*                   4FA-11-02735CI
Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 54 of 74

continue to work with you through Liberty's normal claims-adjustment process."[2] Plaintiff then filed suit.

Four months following the discussion to work through "Liberty's normal claims-adjustment process," on February 27, 2012, plaintiff's counsel responded to Liberty Northwest's request for medical records in order to evaluate the plaintiff's claim. Plaintiff's counsel responded: "Yes, I know; that ball is in my court."[3]

Plaintiff never provided a substantive response to the request for medical records or documentation necessary to evaluate plaintiff's claim.

Four months after plaintiff's attorney responded to Liberty Northwest acknowledging the need to provide documentation and following the court's order to serve defendant Liberty Northwest, on June 12, 2012, plaintiff's counsel wrote Liberty Northwest, stating: "...But, the judge insists that I serve the court paperwork, so I'm doing that in order to comply with his demand. Liberty will also be getting a hard copy by mail. ...I'll send you separately a suggested stipulation with which we can tell the judge to put the case on hold."[4]

Liberty Northwest did not receive a copy of the stipulation identified by plaintiff's counsel in its June 12, 2012 communication. Additionally, plaintiff failed to serve Liberty Northwest in compliance with the Court's order. Subsequently, on June 15, 2012 filed an amended complaint naming defendant Ohio Casualty Insurance Company.

On September 4, 2012, counsel for defendants first contacted plaintiff's counsel advising plaintiff's counsel of its representation of both Liberty Northwest and Ohio Casualty

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

---

[2] Pl Opp Memo to Mot to Dismiss, Exhibit E (emphasis added).
[3] Pl Opp Memo re Mot to Dismiss, Exhibit F.
[4] Id.

Reply re: Mot for Dismissal of Action with Prejudice
*Bratcher v Liberty Northwest*

Page 2 of 5
4FA-11-02735CI

Insurance Company.[5]  Defense counsel re-iterated Liberty Northwest's prior request for information in order to evaluate plaintiff's claims for underinsured motorist benefits.

After receiving no response, defendants' counsel followed-up on the September 4, 2012 letter on February 19, 2013[6] and again on June 14, 2013.[7]  In its June 14th letter, defense counsel stated the following:

> Nearly 4 ½ years have passed since the date of loss. The purpose of my letter is to place you and your client on notice that I intend to file a limited entry of appearance for purposes of seeking dismissal of this action with prejudice if I do not receive the requested information or a notice of dismissal with prejudice pursuant to Alaska R. Civ. P. 41(a) within the next 30 days. Please also be advised that if a motion to dismiss this action is necessary, I intend to seek the costs and attorney's fees necessary in preparing the documentation.[8]

Again, no response was received to the letters.

The agreement between plaintiff and Liberty Northwest on October 11, 2011 was to continue to work through the general claims adjustment process.  Liberty Northwest has attempted to do so on numerous occasions. Liberty Northwest, directly and through counsel, has attempted to obtain documentation in order to evaluate the plaintiff's claims, however all efforts have proven futile. To date, Liberty Northwest and Ohio Casualty Insurance Company have no knowledge as to the type and/or magnitude of plaintiff's damages.

Defendants are unwilling to withdraw their motion, however acknowledge the court's preference to resolve litigated cases on the merits of the asserted claims. In the event the court is inclined to deny defendants' motion, defendants Liberty Northwest and Ohio Casualty move for the following as an alternative to dismissal with prejudice:

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

---

[5] *See* Exhibit 1.
[6] *See* Exhibit 2.
[7] Defense counsel acknowledges Exhibit H in plaintiff's opposition. Defense counsel has no knowledge of Ms. Ballou's telephone call or message.
[8] Exhibit 3: June 14, 2013 Letter from Lynch & Associates to Law Office of Gail M. Ballou.

Reply re: Mot for Dismissal of Action with Prejudice                          Page 3 of 5
*Bratcher v Liberty Northwest*                                                       4FA-11-02735CI
Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 56 of 74

**Lynch & Associates, P.C.**
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

1.  Require the plaintiff to properly serve and/or release the named defendants within 30 days of the court's order;

2.  Require plaintiff and defendant to submit 3 proposed trial dates to the court within 75 days of the court's order;

3.  Toll the accrual of prejudgment interest from October 11, 2011 through the deadline for plaintiff's Alaska R. Civ. P. 26 Initial Disclosures as established in the court's *Civil Pretrial Order*;

4.  Grant defendants' actual attorney fees in drafting the Motion to Dismiss with Prejudice, reviewing the plaintiff's opposing, and preparing their reply to plaintiff's opposition.

A proposed order has been attached to the defendants' reply along with an affidavit of counsel itemizing the charges incurred as a result of this motion.[9]

DATED at Anchorage, Alaska this __3rd__ day of September, 2013.

LYNCH & ASSOCIATES, P.C.
Attorneys for Defendant

By: *[signature]*
Laura Barson
Alaska Bar No. 0911049

---

[9] Affidavit of Counsel, dated September 3, 2013.

Reply re: Mot for Dismissal of Action with Prejudice
*Bratcher v Liberty Northwest*

Certificate of Service
I hereby certify that on __3rd__ day of September,
2013, I caused a true and correct copy of the
foregoing to be served via:

__X__: U.S. Mail ____: Facsimile ____: Hand Delivery

Gail M. Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Fax: (907) 456-5049

Lynch & Associates, P.C.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

TIMOTHY M. LYNCH
LAURA S. BARSON
KELLY J. MCHUGH

# Lynch & Associates, P.C.

### A PROFESSIONAL CORPORATION

425 G STREET, SUITE 420
ANCHORAGE, ALASKA 99501

TELEPHONE
(907) 276-3222
FACSIMILE
(907) 278-9498
WEBSITE
WWW.NORTHLAW.COM

June 14, 2013

*VIA U.S. MAIL*

Gail Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701

> RE: **Case Name: Lewis Bratcher v. Liberty Northwest & Ohio Casualty Insurance Co.**
> **Case No.: 4FA-11-02735CI**
> **Date of Loss: October 12, 2008**

Dear Ms. Ballou:

On September 4, 2012, I first advised that I had been retained to represent the interests of Ohio Casualty Insurance Company in the prospective UM/UIM claim asserted by Mr. Bratcher. On that date, I sought identification of Mr. Bratcher's health care providers and the production of releases allowing my office to obtain Mr. Bratcher's medical records and bills. I advised that I was unable to assess Mr. Bratcher's injuries and the value of the potential underinsured motorist claim without this information.

I received no response and on February 20, 2013, I, again, contacted you with regard to Mr. Bratcher's claim. I requested the production of releases and identification of medical care providers.

To date, I have received no response from you.

Nearly 4 ½ years have passed since the date of loss. The purpose of my letter is to place you and your client on notice that I intend to file a limited entry of appearance for purposes of seeking dismissal of this action with prejudice if I do not receive the requested information or a notice of dismissal with prejudice pursuant to Alaska R. Civ. P. 41(a) within the next 30 days. Please also be advised that if a motion to dismiss this action is necessary, I intend to seek the costs and attorney's fees necessary in preparing the documentation.

I look forward to your response.

*Please be advised that I do not have authority to accept service of process on behalf of Liberty Northwest or Ohio Casualty Insurance Company.*

Sincerely,

*Laura Barson*

Laura Barson

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

FILED IN THE
STATE OF
2013 SEP -6 PM 2: 35
CLERK OF THE COURTS
BY _____
_____ DEPUTY

LEWIS M. BRATCHER III,　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　vs.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
LIBERTY NORTHWEST and　　　　　)
OHIO CASUALTY INSURANCE CO.　　)
　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　)　　Case No. 4FA-11-02735CI
　　　　　　　　　　　　　　　　)

**AFFIDAVIT OF COUNSEL**

State of Alaska　　　　　　　　)
　　　　　　　　　　　　　　　　) ss.
Third Judicial District　　　　)

Laura Barson, being first duly sworn, deposes and states as follows:

1.　　I am an attorney at Lynch & Associates, P.C. and I am over the age of eighteen years.

2.　　I spent 3.9 hours researching and drafting the *Limited Entry of Appearance* and *Motion for dismissal of Action with Prejudice*;

3.　　I spent 1.5 hours reviewing plaintiff's opposition to the motion, reviewing documents, and analyzing defendants' response.

4.　　I spent 2.6 hours drafting defendants' reply, proposed order, and affidavit.

5.　　My hourly rate is $125.00.

6.　　These charges were reasonable and necessary.

DATED at Anchorage, Alaska this 3rd day of September, 2013.

_Laura Barson_
Laura Barson

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

SUBSCRIBED AND SWORN TO before me this 3rd day of September, 2013.

*(notary seal: VANESSA HOPE, NOTARY PUBLIC, STATE OF ALASKA)*

Notary Public in and For Alaska
My Commission Expires: 9-15-14

Certificate of Service
I hereby certify that on __3rd__ day of September, 2013, I caused a true and correct copy of the foregoing to be served via:

__X__: U.S. Mail ____: Facsimile ____: Hand Delivery

Gail M. Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Fax: (907) 456-5049

*Kathryn Morin*
Lynch & Associates, P.C.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Affidavit of Counsel                                        Page **2** of 2
*Bratcher v Liberty Northwest*                              4FA-11-02735CI
Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 61 of 74

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

LEWIS M. BRATCHER III,              )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )
LIBERTY NORTHWEST et al.,           )
                                    )
        Defendants.                 )
_____)

Case no. 4FA-11-02735CI

## ORDER FOR EXTENSION
## (RE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS)

IT IS ORDERED that the time within which the plaintiff's counsel may file an opposition to the defendants' motion to dismiss is hereby extended through Tuesday, August 27, 2013.

Dated this __3__ day of __September__, 2013 at Fairbanks, Alaska.

_____
Superior Court Judge

Michael P. McConahy

I certify that on __9-3-13__
copies of this form were sent to:

CLERK: _Cl Ballou - Plu_
_Barson_
_clt_

I certify that a copy of this document
was mailed to Laura Barson, Esq. on
__20 Aug.__, 2013.
_GMB_

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5849

LODGED
AUG 20 2013

Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 62 of 74

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## FOURTH JUDICIAL DISTRICT

LEWIS M. BRATCHER III,  )
                         )
         Plaintiff,  )
                         )
      v.  )
                         )
LIBERTY NORTHWEST et al.,  )
                         )
         Defendants.  )
_____  )

Case no. 4FA-11-02735CI

FILED in the Trial Courts
State of Alaska Fourth District

SEP 11 2013

By _____ Deputy

## PROOF OF SERVICE (LIBERTY NORTHWEST)

See the attached **Certificate of Service** documenting service on defendant Liberty Northwest in accordance with AS 21.09.180-.180.

Dated this 10th day of ____Sept____, 2013 at Fairbanks, Alaska.

LAW OFFICE OF GAIL M. BALLOU
Attorney for Lewis Bratcher

By _____
      Gail M. Ballou
      Alaska Bar No. 8211099

```
I certify that a copy of this document
was mailed to Laura Barson, Esq.
on ____Sept 10____, 2013.

        _____
```

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049

STATE OF ALASKA
DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

CERTIFICATE OF SERVICE

I, Bret S. Kolb, Director of Insurance, certify that I have been served with the attached document(s): SUPPLEMENTAL SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT AND AMENDED COMPLAINT IN THE SUPERIOR COURT FOR THE STATE OF ALASKA FOURTH JUDICIAL DISTRICT AT FAIRBANKS,

LEWIS M. BRATCHER III,

VS.

LIBERTY NORTHWEST AND
OHIO CASUALTY INSURANCE CO.,

CASE NO. 4FA-11-02735 CI

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 30TH DAY OF SEPTEMBER, 2013.

In accordance with the provisions of AS 21.09.180-190, one copy of the document together with my certification is forwarded to you:

LBIERTY NORTHWEST INSURANCE COMPANY C/O DIRECTOR OF INSURANCE, DCCED OF ALASKA,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

*Bret S. Kolb*

Bret S. Kolb
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Robert Conley
Phone (907) 465-2573



IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at
Juneau, Alaska this
06TH DAY OF SEPTEMBER,
2013.

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632    Fax: (907) 456-5049

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT

LEWIS M. BRATCHER III,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
LIBERTY NORTHWEST et al.,　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　)
_____　)
Case no. 4FA-11-02735CI

FILED in the Trial Courts
State of Alaska Fourth District

SEP 11 2013

By _____ Deputy

---

## PROOF OF SERVICE (OHIO CASUALTY)

　　　See the attached *Certificate of Service* documenting service on defendant Ohio Casualty Insurance Company in accordance with AS 21.09.180-.180.

　　　Dated this 10th day of _____Sept._____, 2013 at Fairbanks, Alaska.

LAW OFFICE OF GAIL M. BALLOU
Attorney for Lewis Bratcher

By _____
　　　Gail M. Ballou
　　　Alaska Bar No. 8211099

I certify that a copy of this document
was mailed to Laura Barson, Esq.
on ____Sept 10____, 2013.

_____

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049

STATE OF ALASKA
DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

CERTIFICATE OF SERVICE

I, Bret S. Kolb, Director of Insurance, certify that I have been served with the attached document(s): SUPPLEMENTAL SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT AND AMENDED COMPLAINT IN THE SUPERIOR COURT FOR THE STATE OF ALASKA FOURTH JUDICIAL DISTRICT AT FAIRBANKS,

LEWIS M. BRATCHER III,

~~VS~~

LIBERTY NORTHWEST AND
OHIO CASUALTY INSURANCE CO.,

CASE NO. 4FA-11-02735 CI

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 30TH DAY OF SEPTEMBER, 2013.

In accordance with the provisions of AS 21.09.180-190, one copy of the document together with my certification is forwarded to you:

OHIO CASUALTY INSURANCE COMPANY C/O DIRECTOR OF INSURANCE, DCCED OF ALASKA,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

*Bret S. Kolb*

Bret S. Kolb
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Robert Conley
Phone (907) 465-2573



IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at
Juneau, Alaska this
06TH DAY OF SEPTEMBER,
2013.

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| LEWIS M. BRATCHER III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LIVERTY NORTHWEST et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Case No. 4FA-11-02735CI

### *Order Regarding Motion to Dismiss*

This case is the result of a car accident. The plaintiff is pursuing this case against his own insurance company under his uninsured motorist policy.

On 5 August 2013 the defendants moved to dismiss the action involuntarily under Civil Rule 41 on the grounds that they had not been served under the deadline pursuant to the rules and that the defendant has failed to prosecute his claims.

On 27 August 2013 the plaintiff filed an opposition. The plaintiff argues that the defendant never disputed coverage or the claim and that the defendants instructed the defendant to file this lawsuit as a formality.

On 6 September 2013 the defendants state that the agreement was to continue to work through the general claims process and that the plaintiff failed to do so.

The court finds that the case should not be dismissed because it appears that there was some agreement that the lawsuit should be on hold. While the parties disagree as to the characterization of this, the court finds that the defendant is not prejudiced because this lawsuit is not a surprise. The plaintiffs are instructed to move along with their case or file a stipulation

Case 4:13-cv-00032-SLG   Document 1-2   Filed 09/30/13   Page 67 of 74

signed by the defendants that the case is on hold while the parties try to work through the claims process.

The defendants' motion to dismiss is therefore DENIED.

DATED at Fairbanks, Alaska, this _13_ day of September, 2013.

Michael P. McConahy
Superior Court Judge

I certify that on _9-18-13_
copies of this form were sent to:
_C. Ballou - Plu_
CLERK _Cl_ _____
_Barson_

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

LEWIS M. BRATCHER III,      )
                                      )
      Plaintiff,           )
                                      )
           vs.               )
                                      )
LIBERTY NORTHWEST, and OHIO  )
CASUALTY INSURANCE COMPANY )
                                      )
      Defendants.         )     Case No. 4FA-11-02735CI
_____)

### ANSWER TO AMENDED COMPLAINT

COMES NOW defendant Ohio Casualty Insurance Company, by and through its counsel of record Lynch & Associates, P.C., and for its Answer to the plaintiff's Amended Complaint, dated June 15, 2012, hereby admits, denies, and alleges as follows:

1. With regard to paragraph 1, defendant Ohio Casualty Insurance Company admits that plaintiff Lewis M. Bratcher, III ("Lewis Bratcher") was involved in a vehicle collision on October 12, 2008. Defendant denies the remaining allegations asserted in paragraph 1.

2. With regard to paragraph 2, defendant Ohio Casualty Insurance Company alleges a lack of information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies all said allegations.

3. With regard to paragraph 3, defendant Ohio Casualty Insurance Company alleges a lack of information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, denies all said allegations.

4. With regard to paragraph 4, defendant Ohio Casualty Insurance Company admits that Donnybrook Building Supply, Inc. maintained commercial automobile insurance coverage through Ohio Casualty Insurance Company, which identified a 2005 Toyota 4-Runner

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

(VIN # JTEBU14R258046851) as a covered vehicle. Upon information and belief, defendant Ohio Casualty Insurance Company admits that plaintiff Lewis Bratcher operated a 2005 Red Toyota 4-Runner (VIN # JTEBU14R258046851) at the time of the motor vehicle collision on October 12, 2008. Defendant Ohio Casualty Insurance Company denies the remaining allegations asserted in paragraph 4.

5. With regard to paragraph 5, defendant Ohio Casualty Insurance Company admits that plaintiff Lewis Bratcher has asserted an underinsured motorist claim, identified by claim number: 08-080520. Defendant Ohio Casualty Insurance Company alleges a lack of information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 5 and, therefore, denies the same.

6. With regard to paragraph 6, paragraph 6 sets forth a statement to which no response is required.

7. With regard to paragraph 7, paragraph 7 sets forth a statement to which no response is required.

8. With regard to all allegations set forth in plaintiff's Complaint, which have not heretofore been specifically admitted or denied, the same are hereby denied.

BY WAY OF FURTHER ANSWER and by way of affirmative defense, defendant Ohio Casualty Insurance Company alleges the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's damages, if any, are a result of pre-existing conditions and are not a result of the accident, which is the basis of this litigation.

//

//

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Lynch & Associates, P.C.

A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's own conduct was contributory negligent and such conduct should serve to reduce his damage, if any.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's damages, if any, were caused by plaintiff's own negligence, or by the negligence or culpable conduct of others, whether parties to this lawsuit or not.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate his damages, if any.

Defendant Ohio Casualty Insurance Company reserves the right to assert additional defenses.

HAVING SET FORTH ITS ANSWER to the plaintiff's Complaint, defendant Ohio Casualty Insurance Company prays for judgment against the plaintiff as follows:

1.   That judgment be entered in favor of defendant Ohio Casualty Insurance Company and that plaintiff Lewis Bratcher take nothing by his complaint;

2.   That defendant Ohio Casualty Insurance Company be awarded its attorney fees and costs in having to defend against this action;

3.   That defendant Ohio Casualty Insurance Company be awarded any additional relief that may be supported by evidence and law.

DATED at Anchorage, Alaska this __19th__ day of September, 2013.

LYNCH & ASSOCIATES, P.C.
Attorneys for Defendant

By:_____
Laura Barson
Alaska Bar No. 0911049

Lynch & Associates, P.C.
A Professional Corporation
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

Certificate of Service
I hereby certify that on _19th_ day of September, 2013, I caused a true and correct copy of the foregoing to be served via: U.S. Mail

Gail M. Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Fax: (907) 456-5049

_Kathryn Morin_
Lynch & Associates, P.C.

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

LEWIS M. BRATCHER III,     )
                     )
    Plaintiff,          )
                     )
        vs.           )
                     )
LIBERTY NORTHWEST and    )
OHIO CASUALTY INSURANCE CO.  )
                     )
    Defendant.        )     Case No. 4FA-11-02735CI
_____)

## ENTRY OF APPEARANCE

The law firm of Lynch & Associates, P.C. hereby enters its appearance as counsel of record for defendant Ohio Casualty Insurance Company. All documents in the above-captioned matter may be may be served on defendant's counsel at 425 G Street, Suite 420, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska this __19th__ day of September, 2013.

LYNCH & ASSOCIATES, P.C.
Attorneys for Defendant Ohio Cas. Ins. Co.

By: _____
Laura Barson
Alaska Bar No. 0911049

Certificate of Service
I hereby certify that on __19th__ day of September, 2013, I caused a true and correct copy of the foregoing to be served via U.S. Mail:

Gail M. Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Fax: (907) 456-5049

_____
Lynch & Associates, P.C.

**Lynch & Associates, P.C.**
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

LEWIS M. BRATCHER III,                    )
                                          )
    Plaintiff,                        )
                                          )
        vs.                          )
                                          )
LIBERTY NORTHWEST and                     )
OHIO CASUALTY INSURANCE CO.               )
                                          )
    Defendant.                        )    Case No. 4FA-11-02735CI
_____)

## DEMAND FOR JURY TRIAL

       COMES NOW defendant Ohio Casualty Insurance Company, by and through its

counsel of record Lynch & Associates, P.C., and hereby demands a trial by jury in the above-

captioned action.

       DATED at Anchorage, Alaska this ___19th___ day of September, 2013.

                    LYNCH & ASSOCIATES, P.C.
                    Attorneys for Defendant Ohio Cas. Ins. Co.

                    By: _____
                          Laura Barson
                          Alaska Bar No. 0911049

Certificate of Service
I hereby certify that on ___19th___ day of September,
2013, I caused a true and correct copy of the
foregoing to be served via U.S. Mail:

Gail M. Ballou
Law Office of Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Fax: (907) 456-5049

_____
Lynch & Associates, P.C.

Lynch & Associates, P.C.
A PROFESSIONAL CORPORATION
425 G Street, Suite 420
Anchorage, Alaska 99501
Phone: (907) 276-3222
Fax: (907) 278-9498