# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

LEWIS M. BRATCHER III,

          Plaintiff,

  v.

LIBERTY NORTHWEST, et al.,

          Defendants.

Case No. 4:13-cv-00032-SLG

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED and ADJUDGED that pursuant to Defendants' Offer of Judgment and Plaintiff's acceptance thereof (Docket 105), the Court hereby enters Final Judgment in favor of Plaintiff Lewis M. Bratcher III and against Defendants Liberty Northwest and Ohio Casualty Insurance Company, jointly and severally, in the amount of **$50,000.00,** inclusive of all attorney fees, costs, and other amounts recoverable in accordance with and pursuant to the Federal Rules of Civil Procedure and Policy Number: BAO (09) 53 20 45 84.

Post-judgment interest, pursuant to 28 U.S.C. § 1961, to accrue at the federal statutory rate on all sums due and payable from the date of this Judgment.

DATED this 11th day of January, 2016 at Anchorage, Alaska.

          */s/ LESLEY K. ALLEN*
          CLERK OF COURT

APPROVED:

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE